CO-386
10/2018

# United States District Court
# For the District of Columbia

Middle East Broadcasting Networks, Inc. )
)
)
)
                              Plaintiff )
            vs                           )    Civil Action No. __25-cv-966_____
United States of America; United States Agency for Global )
Media; Kari Lake; Victor Morales; Office of Management )
and Budget; Russell Vought; United States Department of )
Treasury; and Scott Bessent )
                              Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Middle East Broadcasting Networks, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Middle East Broadcasting Networks, Inc.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Donald B. Verrilli, Jr.
_____
Signature

420434
_____
BAR IDENTIFICATION NO.

Donald B. Verrilli, Jr.
_____
Print Name

601 Massachusetts Ave. NW, Suite 500E
_____
Address

Washington, D.C. 20001
_____
City            State         Zip Code

202-220-1100
_____
Phone Number