# Exhibit A

## Declaration of Stephen Capus

I, Stephen Capus, declare as follows:

1. I am the President and Chief Executive Officer of RFE/RL, Inc., commonly known as Radio Free Europe/Radio Liberty ("RFE/RL"). The statements made in this declaration are based on my personal knowledge and the information made available to me pursuant to my duties as President and CEO.

2. RFE/RL is a private, not-for-profit organization incorporated in Delaware and enjoying tax-exempt status under Section 501(c)(3) of the Internal Revenue Code. RFE/RL has its registered address at Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801, and its corporate headquarters at 1250 Connecticut Avenue NW, Suite 450, Washington, D.C. 20036. RFE/RL maintains its journalistic headquarters in Prague, Czech Republic, close to the markets it serves.

**RFE/RL's Background**

3. RFE/RL is a self-governing, independent, nonpartisan, not-for-profit news organization. Over the course of its seventy-five-year existence, RFE/RL has developed into one of the most comprehensive news operations in the world, with reporting in 27 languages to 23 countries that reaches more than 47 million people every week. RFE/RL has been funded by the U.S. government through the United States Agency for Global Media ("USAGM") and its predecessors since RFE/RL's inception.

4. RFE/RL's mission is to promote democratic values by providing accurate, uncensored news and open debate in countries where a free press is threatened and disinformation is pervasive.

5. RFE/RL functions as a "surrogate" broadcaster, which means that it offers full-service news coverage and reporting as an alternative to the local news media, which may be either controlled by the state or otherwise not independent. RFE/RL's journalists provide what many people cannot get locally: uncensored news, responsible discussion, and open debate. RFE/RL's work is based on the conviction that the first requirement of democracy is a well-informed citizenry.

6. The U.S. government conceived of and funded Radio Free Europe and Radio Liberty as separate entities at the beginning of the Cold War. Radio Free Europe first started broadcasting to Poland, Czechoslovakia, Hungary, Romania, and Bulgaria in 1950, while Radio Liberty started broadcasting to the Soviet Union in 1953. Radio Free Europe and Radio Liberty were alternative news sources to the media censored and controlled by the Soviet Union and other communist governments. In 1976, Radio Free Europe and Radio Liberty were consolidated and incorporated into its current form as a single corporate entity.

7. In the 1990s, RFE/RL continued and expanded its operations to respond to threats to democracy and media freedom in Eastern Europe and the former Soviet Union and beyond. After the breakup of Yugoslavia, RFE/RL began broadcasting in Serbian, Croatian, and Bosnian to the Yugoslav successor states. In some countries that established democratic

governments and free media, RFE/RL concluded that it had fulfilled its mission and ceased broadcasting, such as in Poland in 1997. In other cases, RFE/RL expanded its operations such as beginning operations in Persian to reach audiences in Iran in 1998. Today, RFE/RL has adapted from being a broadcast radio service to embracing a multi-channel approach to news, with a news presence online and across social media platforms.

8. It has taken decades for RFE/RL to develop the structure, expertise, and goodwill to operate in almost two dozen countries, many with governments that are unfriendly to the United States, and in multiple specialized languages.

9. Today, RFE/RL has 1,389 employees, including about 900 journalists. RFE/RL also has approximately 1,000 freelancers in 23 countries.

10. Given the sensitivity of its work in countries without a free press or where a free press is not fully established, RFE/RL has faced continuous and significant threats to the physical safety of its journalists and staff, cyberattacks, and threats to its physical facilities. For example, in 1981, a terrorist bomb paid for by Romanian security services exploded at RFE/RL's headquarters (then located in Munich), injuring six people.

**RFE/RL's Funding Structure**

11. Congress first formally established funding for RFE/RL in the International Broadcasting Act of 1973. Since then, Congress has appropriated funding for RFE/RL every year.

12. Approximately 99 percent of RFE/RL's total funding comes from its annual congressional appropriation. The remaining one percent of funds comes from private donations and other sources.

13. Every year, RFE/RL enters into a grant agreement with the United States Agency for Global Media. This process obligates RFE/RL's congressionally appropriated funds.

14. Each year, typically around September 15, USAGM prepares a draft grant agreement and sends it to RFE/RL for review. RFE/RL reviews the terms and proposes minor changes. Simultaneously, USAGM requests, and RFE/RL provides, an annual financial plan with monthly funding requirements. USAGM reviews proposed changes to the plan. Upon agreement, the President and CEO of RFE/RL will then sign the grant agreement on behalf of RFE/RL, and USAGM's CEO will sign the grant agreement on behalf of USAGM. The grant agreement is then fully executed for the year. The monthly financial plan is included as an addendum to the grant agreement.

15. Once the congressionally appropriated funds are obligated, USAGM is responsible for transferring funds to RFE/RL. RFE/RL requests funding monthly on the first day of the month in alignment with the current month's financial plan.

**USAGM's Refusal to Provide RFE/RL's Congressionally Appropriated Funding**

16. On March 23, 2024, Congress appropriated $142,212,000 for RFE/RL in the Further Consolidated Appropriations Act of 2024, P.L. 118-47 for fiscal year 2024. USAGM signed

an amendment to the grant agreement (FAIN: 1060-24-GO-00001) obligating those funds to RFE/RL on July 31, 2024.  USAGM also signed an amendment to the grant agreement extending the period of performance for "12 months from the end date of the initial grant period end date of September 30, 2024."

17. On September 26, 2024, Congress passed a continuing resolution appropriating amounts for fiscal year 2025 from October 1, 2024, to December 20, 2024, at the funding levels for fiscal year 2024.  As a proportion of the fiscal year 2024 level specified ($142,212,000), the appropriated amount approximated an additional $23 million for RFE/RL.  USAGM subsequently executed a grant agreement (FAIN: 1060-25-GO-00001) on October 15, 2024, obligating $23,077,270 for RFE/RL through December 20, 2024.

18. On December 21, 2024, Congress passed another continuing resolution appropriating amounts for fiscal year 2025 from December 21, 2024, to March 14, 2025, at the funding levels for fiscal year 2024.  As a proportion of the fiscal year 2024 level specified ($142,212,000), the appropriated amount approximated an additional $41 million for RFE/RL.  USAGM subsequently executed a grant agreement (FAIN: 1060-25-GO-00001) on December 31, 2024, obligating $34,004,153 of the appropriated amount to RFE/RL through February 28, 2025. This agreement extended the period of performance to March 14, 2025.  USAGM did not, however, obligate $7,464,559 to RFE/RL from the congressional appropriation for the period of March 1-14, 2025.  In December 2024, USAGM stated that the reason for not obligating the funds was a policy of not providing partial-month payments to grantees, and that it would provide funds for that period once funds for all of March had been appropriated.  On March 17, after the period of performance under this specific agreement had passed, RFE/RL sent USAGM an invoice demanding payment of the $7,464,559 that Congress appropriated for the period of March 1-14, 2025, and that USAGM still has not transferred to RFE/RL.

19. USAGM initiated its usual process for executing the grant agreement with RFE/RL by sharing a draft copy of the 2025 grant agreement.  From February 14 to February 27, USAGM and RFE/RL exchanged minor edits to the grant agreement.  On February 27, the USAGM Budget Director said that she would send "a signable file ASAP" and indicated RFE/RL would sign first.  USAGM followed up with the finalized 2025 grant agreement and requested a "*signed* version of this Master Grant Agreement at your earliest convenience."  That same day, RFE/RL signed the agreement and sent it back to USAGM for USAGM's signature.  On February 28, USAGM confirmed that they had received the signed agreement.  USAGM, however, never returned the countersigned agreement to RFE/RL.

20. On March 14, 2025, Congress passed a continuing resolution appropriating funding for RFE/RL from March 15, 2025 to September 30, 2025 at the same levels as fiscal year 2024. As a proportion of the fiscal year 2024 level specified ($142,212,000), the appropriated amount approximated $77 million for RFE/RL.

21. On March 15, 2025, RFE/RL received a letter from Kari Lake, Senior Advisor to the Acting CEO of USAGM, purporting to terminate RFE/RL's grant agreement.  A true and correct copy of this letter is attached as Exhibit 1.

22. This letter indicated that USAGM would not obligate the outstanding March 1-14, 2025 funds and would not obligate or disburse the appropriated funds for the remainder of fiscal year 2025. *See* Exhibit 1. The total outstanding amount that Congress has appropriated to RFE/RL but that USAGM has refused to provide is $85,130,577. USAGM's refusal to disburse funds in this manner is without precedent in RFE/RL's long history.

**Without Appropriated Funds, RFE/RL Will Be Forced to Wind Down**

23. Due to the lack of funding for March, RFE/RL has had to begin the process of winding down its operations. Absent any additional funding, RFE/RL will have no choice but to close down the vast majority of the organization in April 2025. This process will involve terminating all the organization's contracts with freelance journalists, terminating RFE/RL's leases and contracts, and laying off staff. Without its congressionally appropriated funds, RFE/RL will be forced to stop the vast majority of its journalistic work and may ultimately cease to exist as an organization.

24. RFE/RL is already closing an office in Almaty, Kazakhstan and has terminated freelancers across its broadcast region because USAGM has withheld funding since March 1.

**Immediate Impact of USAGM's Refusal to Provide Appropriated Funds**

25. First, failing to provide RFE/RL its congressionally appropriated funding will interfere with RFE/RL's mission by requiring it to halt essentially all broadcasting and news operations. RFE/RL reaches over 47 million people every week. Stopping news coverage in countries where there may be few, if any, other alternative news source apart from state-controlled or state-influenced media means that millions of people will be cut off from access to free and independent media coverage of critical events. This will irrevocably harm RFE/RL's reputation and credibility with the millions of people that rely on RFE/RL for news.

26. Second, RFE/RL's loss of funding will have a devastating impact on its reporters around the world. RFE/RL collaborates with freelance journalists who report from some of the countries most hostile to independent reporting in the world, such as Iran, Russia, and Uzbekistan. Recruiting freelance journalists in these countries is extraordinarily challenging due to the personal and professional risks involved. RFE/RL has spent decades developing relationships with local freelance journalists and organizations and has established a reputation as a reliable and secure broadcaster of independent news. Terminating these contracts will undermine RFE/RL's reputation as a reliable partner, and for some of these freelance journalists RFE/RL may not be able to reestablish contact or recruit the same journalists again.

27. Many of RFE/RL's journalists and staff are unable to work in their home countries due to security issues arising from their journalism, so they are working on visas outside their home countries. In many countries where RFE/RL operates, our employees' residency is based on their work for RFE/RL. RFE/RL's loss of funding means that these journalists will lose their employment status, putting these journalists at imminent risk of losing their work visas, leading to deportation.

28. For example, many of RFE/RL's over three hundred exiled Russian journalists operate from Prague, Riga, and Vilnius, with work visas tied to RFE/RL employment. Funding termination

would trigger visa expirations (e.g., the Czech Foreign Nationals Act mandates employment for renewals). Deportation to Russia could follow, exposing them to criminal prosecution and possible imprisonment and torture.

29. RFE/RL has 160 staff members working for Current Time, RFE/RL's 24/7 Russian-language TV network, including twelve citizens of Belarus, seven of whom work in Lithuania. Current Time's Belarusian staff, broadcasting to a nation aligned with Russia since the 2020-2021 media crackdown, risk cross-border rendition if expelled from Lithuania. Two of our journalists are currently languishing in Belarusian prisons because of their work for RFE/RL.

30. Our journalists, marked by their RFE/RL tenure, cannot secure alternative local employment in host countries wary of Russian retaliation. For example, TV Rain (also known as Dozhd TV), a Russian independent television station, was effectively expelled from Latvia in 2022. Latvia's state broadcasting regulator, the National Electronic Mass Media Council (NEPLP), canceled TV Rain's broadcasting license in Latvia and branded the channel a "threat to national security" due to concerns over its content and potential alignment with Russian interests, despite its independent status.

31. Third, RFE/RL's loss of funding will impose unrecoverable financial losses on the organization. RFE/RL is responsible for multiple leases and obligations that it will be forced to default on without Congress's appropriated funds. For example, RFE/RL has payments due on its leases in Prague, Riga, and Kyiv, to name just a few, that it will not be able to pay next month. USAGM is a co-obligor on some of those leases and obligations, including the one in Prague.

32. Fourth, terminating RFE/RL's operations and laying off its entire staff, even temporarily, will damage RFE/RL's reputation as an employer and reliable partner in these difficult-to-reach countries. RFE/RL has devoted significant resources and decades of work to building up its staff and language capabilities, as well as its reputation and brand. For example, RFE/RL launched its Afghan broadcast services in the Dari and Pashto languages first from 1985 to 1993 in response to the Soviet occupation of Afghanistan and then again in January 2002. RFE/RL's broadcasting for Afghanistan depends on journalists based, for security reasons, in Prague who have local expertise, as well as networks of stringers who provide firsthand information as news events unfold. Reestablishing these networks will be challenging, if not impossible, due to the dangerous circumstances these networks operate in.

33. RFE/RL currently stores the majority of its content on unarchived, external platforms or on leased servers in Prague, Czech Republic. RFE/RL also owns servers it maintains. Losing funding means that RFE/RL will no longer be able to maintain these platforms, and these vital records of American history could be lost forever.

34. More broadly, RFE/RL exists to provide independent news coverage that is outside of the control of the governments in the countries in which RFE/RL operates. Ceasing news coverage, even temporarily, will allow the state-controlled or state-influenced media in these countries to fill the gap with coverage that is favorable to the particular narratives favored by the local governments. This could have an immeasurable impact in reducing democratic access to information and setting back the work of independent journalism in these countries.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 19, 2025.

Stephen Capus
President and Chief Executive Officer
RFE/RL, Inc.

# Exhibit 1



330 Independence Ave SW, Washington, D.C. 20237

**NOTICE OF GRANT TERMINATION**

March 15, 2025

Dear Radio Free Europe/Radio Liberty (Joseph Lataille | LatailleJ@rferl.org),

This letter provides notice that the U.S. Agency for Global Media (USAGM) is terminating your federal grant, FAIN: 1060-25-GO-00001 and any other grants with USAGM, effective March 15, 2025. *See* 2 C.F.R. § 200.341.

The award no longer effectuates agency priorities. Therefore, pursuant to 2 C.F.R. § 200.340, Article VIII(a) in your grant award, and the President's March 14, 2025 executive order mandating that the USAGM eliminate all non-statutorily required activities and functions, the USAGM hereby terminates grant FAIN: 1060-25-GO-00001 and any other grants with USAGM in its entirety effective March 15, 2025. *See Continuing the Reduction of the Federal Bureaucracy*, E.O. (March 14, 2025).

If you wish to object to or challenge this termination decision, you must do so either via email or certified mail within 30 days of the date of this termination notice. Your appeal should contain the following:

1. a copy of the written notice of termination;
2. the date you received the written notice of termination;
3. a brief statement of your argument and the disputed factual, legal, or other issues;
4. the amount of disallowed costs in dispute, if any; and
5. any other relevant documents.

*See id.* § 200.342. Appeals should be addressed to the undersigned.

You are encouraged to carefully review and discharge your closeout responsibilities as set forth in 2 C.F.R. § 200.344-46, your award instrument, and the USAGM's Terms and Conditions of the Award Agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the USAGM filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking other appropriate enforcement actions, which could impact your eligibility for future grants. *See id.* § 200.344(i). Finally, you are reminded of your duties regarding retention of grant records for at least three years after the submission of your final financial report. *See* 2 C.F.R. § 200.334.

Thank you,

*Kari Lake*

Kari Lake
Senior Advisor to the Acting CEO with Authorities Delegated by Acting CEO

1

klake@usagm.gov
330 Independence Ave SW, Washington, D.C. 20237