IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RFE/RL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KARI LAKE, in her official capacity, *et al.*,<br><br>Defendants. | No. 25-cv-00799-RCL |

**[PROPOSED] ORDER**

The Court, having fully considered the Plaintiff's Motion for a Temporary Restraining Order, and the parties' respective submissions in support thereof and in opposition thereto, HEREBY ORDERS that the Motion be DENIED.

IT IS SO **ORDERED**, this _____ day of _____, 2025.

_____
Hon. Royce C. Lamberth
Senior United States District Judge