UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RFE/RL, INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media;<br><br>VICTOR MORALES, in his official capacity as acting Chief Executive Officer of the United States Agency for Global Media; and<br><br>UNITED STATES AGENCY FOR GLOBAL MEDIA,<br><br>    *Defendants*. | Case No. 1:25-cv-00799 |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF STEPHEN CAPUS**

  Plaintiff RFE/RL, Inc. ("RFE/RL") respectfully seeks leave to file a supplemental declaration in support of Plaintiff's Motion for a Temporary Restraining Order. *See* LCvR 65.1(c). The supplemental declaration of Stephen Capus, President and Chief Executive Officer of RFE/RL, is attached as Exhibit A to this Motion. Pursuant to Local Civil Rule 7(m), counsel for Plaintiff has contacted counsel for Defendants, who have stated that Defendants do not oppose Plaintiff's Motion for Leave to File but reserve all rights to argue against the substance of the supplemental declaration.

  "Courts have the discretion to allow parties to supplement the record of a case." *Marsh v. Johnson*, 263 F. Supp. 2d 49, 53 (D.D.C. 2003) (collecting cases). The exercise of this Court's

1

discretion is warranted here, where the proposed supplemental declaration sets forth developments in the winding down of RFE/RL's operations since the filing of Mr. Capus's initial declaration on March 19, 2025, and provides other relevant additional information. These developments bear directly on the irreparable harm RFE/RL will suffer in the absence of a temporary restraining order. *See Xiaomi Corp. v. Dep't of Def.*, No. 21-cv-280 (RC), 2021 WL 950144, at *3 n.2 (D.D.C. Mar. 12, 2021) (granting plaintiffs' motion for leave to file supplemental declaration in support of motion for preliminary injunction, where the supplemental declaration "provides additional information to the Court … and describes the additional harms that have accrued to [the] [p]laintiffs since the filing of their opening brief").

RFE/RL accordingly respectfully requests that the Court grant leave to file the Supplemental Capus Declaration.

March 23, 2025

Respectfully submitted,

/s/ Marney L. Cheek
Marney L. Cheek (D.C. Bar No. 470596)
David Zionts (D.C. Bar No. 995170)
Thomas Brugato (D.C. Bar No. 1013523)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
mcheek@cov.com
dzionts@cov.com
tbrugato@cov.com

*Attorneys for Plaintiff RFE/RL, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 23, 2025, I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Columbia using the court's CM/ECF filing system, which will send notification of such filing via e-mail to all counsel of record.

/s/ Marney L. Cheek
Marney L. Cheek (D.C. Bar No. 470596)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
mcheek@cov.com

*Attorney for Plaintiff RFE/RL, Inc.*