IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RFE/RL, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>KARI LAKE, in her official capacity, *et al*.,<br><br>    Defendants. | No. 25-cv-00799-RCL |

### NOTICE OF DISBURSEMENT INITIATION BY DEFENDANTS

Defendants hereby provide notice that United States Agency for Global Media ("USAGM") has taken immediate administrative steps to initiate the disbursement of an amount totaling $7,464,559 to Plaintiff RFE/RL, Inc.—the amount sought in Plaintiff's Motion for Temporary Restraining Order ("TRO") for work completed during the period from March 1, 2025, through March 14, 2025.  A record of such steps is attached to this notice as Exhibit A.  Defendants will be prepared to discuss whether this obviates any irreparable harm claimed in Plaintiff's TRO Motion at today's TRO hearing.

Dated:  March 24, 2025      Respectfully submitted,

                YAAKOV M. ROTH
                Acting Assistant Attorney General

                ERIC J. HAMILTON
                Deputy Assistant Attorney General
                Civil Division, Federal Programs Branch

                JOSEPH E. BORSON
                Assistant Branch Director
                Federal Programs Branch

*/s/ Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov
*Attorneys for Defendants*

# EXHIBIT A



330 Independence Avenue SW  |  Washington, DC 20237  |  usagm.gov

March 24, 2025

From Chief Financial Officer, Roman Napoli

The agency has taken immediate administrative steps to initiate the disbursement of an amount totaling $7,464,559. Given the mechanics of the Treasury process, we believe that the payment will be in their system by March 26, 2025. We expect to provide Proof of Payment by March 26, 2025. Actual disbursement to Radio Free Europe/Radio Liberty will occur within a week from today's date.

Sincerely,


Roman Napoli
Chief Financial Officer

