UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RFE/RL, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media; <br><br> VICTOR MORALES, in his official capacity as acting Chief Executive Officer of the United States Agency for Global Media; and <br><br> UNITED STATES AGENCY FOR GLOBAL MEDIA, <br><br> *Defendants*. | Case No. 1:25-cv-799-RCL |

### PLAINTIFF'S NOTICE REGARDING DEFENDANTS' CONTINUED FAILURE TO APPROVE RFE/RL'S FINANCIAL PLAN

Consistent with RFE/RL's March 28 filing, ECF 18, RFE/RL is writing to provide an update to the Court.  *First*, despite RFE/RL's request, USAGM still has not approved RFE/RL's financial plan for April 2025, nor has USAGM indicated when such an approval will occur, or otherwise engaged with RFE/RL on the matter.  *Second*, USAGM has not provided responses to the follow-up questions RFE/RL posed on March 28 relating to RFE/RL's financial plan and other matters, despite RFE/RL following up with Defendants' counsel this morning regarding those questions.  *See* ECF 18-2 (containing follow-up questions).

Accordingly, for the reasons set forth in ECF 18, RFE/RL respectfully reaffirms its request that the Court enter a further temporary restraining order that allows RFE/RL to continue to operate without being required to "recover" and "promptly refund[] to USAGM" funds that are spent in

April. Specifically, RFE/RL requests that Defendants be enjoined from attempting to "recover" or seek a "refund" of funds that RFE/RL expends to operate in April based on the absence of an approved financial plan, and that Defendants be enjoined from otherwise interfering with or impeding RFE/RL's operations based on the absence of an approved financial plan.

Further, RFE/RL requests that the Court grant the preliminary injunction. The preliminary injunction remains necessary because, among other reasons, Defendants have refused to commit to disbursing RFE/RL's congressionally appropriated funds for April 2025, which begins tomorrow.

| | |
|---|---|
| March 31, 2025 | Respectfully submitted, |
| | /s/ Marney L. Cheek |
| | Marney L. Cheek (D.C. Bar No. 470596) |
| | David M. Zionts (D.C. Bar No. 995170) |
| | Thomas Brugato (D.C. Bar No. 1013523) |
| | COVINGTON & BURLING LLP |
| | 850 Tenth Street NW |
| | Washington, DC 20001-4956 |
| | (202) 662-6000 |
| | mcheek@cov.com |
| | dzionts@cov.com |
| | tbrugato@cov.com |
| | |
| | *Attorneys for Plaintiff RFE/RL, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2025, I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Columbia using the court's CM/ECF filing system, which will send notification of such filing via e-mail to all counsel of record.

Respectfully submitted,

/s/ Marney L. Cheek
Marney L. Cheek (D.C. Bar No. 470596)
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000
mcheek@cov.com

*Attorney for Plaintiff RFE/RL, Inc.*