UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RFE/RL, INC.,

    *Plaintiff,*

v.

KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media, *et al.*,

    *Defendants.*

Case No. 1:25-cv-799-RCL

## ORDER

On March 25, 2025, this Court granted Plaintiff RFE/RL's Motion for a Temporary Retraining Order ("TRO"), temporarily enjoining the government from taking steps or imposing obligations relating to closing out RFE/RL's grant as detailed in the government's March 15 Termination Letter. *See* TRO, ECF NO. 14.[1] Today, two weeks from the date of that TRO, the Court held a status conference during which the government represented that a new grant agreement will be presented to RFE/RL by tomorrow. The parties will thereafter provide the Court with a status update on Thursday, April 10. *See* Min. Entry for April 8, 2025.

Federal Rule of Civil Procedure 65 states that a TRO expires after fourteen days, but also provides that a court may extend the TRO for a "like period" if there is "good cause." Fed. R. Civ.

---

[1] The government has since represented that the March 15 Termination Letter, purporting to close out RFE/RL's grant, has been rescinded. *See* Notice of Withdrawal of Grant Termination, ECF No. 15. The government therefore represents that this case is moot, and reiterated that position at the Court's hearing on April 8. However, RFE/RL argues that "neither the rescission letter nor the short filing that accompanied it makes any mention of moving forward with timely disbursing RFE/RL's funds as the law requires, nor does it provide confirmation that there is no legal impediment to RFE/RL using those funds." Resp. to Defs.' Notice of Withdrawal of Grant Termination at 2, ECF No. 18. The Court agrees that the government's position remains "hard to pin down," *id.*, and therefore, RFE/RL still has a need for the relief provided in this Court's March 25 TRO, and RFE/RL's preliminary injunction motion is a live dispute.

1

P. 65(b)(2). The Court finds that such "good cause" is present here because, although RFE/RL's preliminary injunction motion remains pending, a significant development will take place in a matter of days—the presentation of a new grant agreement to RFE/RL—that will affect the posture of the case and could impact the type of relief available to the parties. Therefore, it is hereby

**ORDERED** that the TRO of March 25, 2025 is extended for an additional seven days, until April 15, 2025.

**IT IS SO ORDERED.**

Date: April 8, 2025

                                                  Royce C. Lamberth
United States District Judge