APPEAL,TYPE−E

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:25−cv−00966−RCL
*Internal Use Only*

| | |
|---|---|
| MIDDLE EAST BROADCASTING NETWORKS, INC. v. UNITED STATES OF AMERICA et al<br>Assigned to: Judge Royce C. Lamberth<br>Related Cases: 1:25−cv−00799−RCL<br>　　　　　　　　1:25−cv−00840−RCL<br>　　　　　　　　1:25−cv−00907−RCL<br>Cause: 05:551 Administrative Procedure Act | Date Filed: 04/01/2025<br>Jury Demand: None<br>Nature of Suit: 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**MIDDLE EAST BROADCASTING NETWORKS, INC.**　　represented by　**Ginger Dawn Anders**
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW
Suite 500e
Washington, DC 20001−5369
202−220−1107
Fax: 213−683−5112
Email: ginger.anders@mto.com
*ATTORNEY TO BE NOTICED*

**Jeremy Kreisberg**
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW
Suite 500e
Washington, DC 20001−5369
202−220−1120
Email: jeremy.kreisberg@mto.com
*ATTORNEY TO BE NOTICED*

**Donald Beaton Verrilli , Jr**
MUNGER, TOLLES & OLSON LLP
1155 F Street, NW
7th Floor
Washington, DC 20004
213−683−9507
Email: donald.verrilli@mto.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**UNITED STATES OF AMERICA**　　represented by　**Julia Alexandra Heiman**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch

        Poc Agostinho, Jean
        1100 L St., N.W.
        Washington, DC 20530
        202–616–8480
        Email: julia.heiman@usdoj.gov
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Abigail Stout**
DOJ–Civ
950 Pennsylvania Avenue, NW
Washington, DC 20530–0001
404–731–2159
Email: abigail.stout@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNITED STATES AGENCY FOR GLOBAL MEDIA**     represented by     **Julia Alexandra Heiman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abigail Stout**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**KARI LAKE**
*in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media*     represented by     **Julia Alexandra Heiman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abigail Stout**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**VICTOR MORALES**
*in his official capacity as Acting Chief Executive Officer of the United States Agency for Global Media*     represented by     **Julia Alexandra Heiman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abigail Stout**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OFFICE OF MANAGEMENT AND BUDGET**     represented by     **Julia Alexandra Heiman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Abigail Stout**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**RUSSELL VOUGHT**
*in his official capacity as Director of United States Office of Management and Budget*

represented by **Julia Alexandra Heiman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abigail Stout**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNITED STATES DEPARTMENT OF TREASURY**

represented by **Julia Alexandra Heiman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abigail Stout**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**SCOTT BESSENT**
*in his official capacity as United States Secretary of the Treasury*

represented by **Julia Alexandra Heiman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abigail Stout**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**

represented by **Bruce D. Brown**
REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS
1156 15th St, NW
Suite 1020
Washington, DC 20005
(202) 795–9301
Fax: (202) 795–9310
Email: bbrown@rcfp.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2025 | 1 | COMPLAINT against All Defendants ( Filing fee $ 405 receipt number ADCDC−11583333) filed by MIDDLE EAST BROADCASTING NETWORKS, INC.. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons)(Verrilli, Donald) (Entered: 04/01/2025) |
| 04/01/2025 | 2 | REQUEST FOR SUMMONS TO ISSUE filed by MIDDLE EAST BROADCASTING NETWORKS, INC..(Verrilli, Donald) (Entered: 04/01/2025) |
| 04/01/2025 | 3 | NOTICE of Appearance by Donald Beaton Verrilli, Jr on behalf of MIDDLE EAST BROADCASTING NETWORKS, INC. (Verrilli, Donald) (Entered: 04/01/2025) |
| 04/01/2025 | 4 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by MIDDLE EAST BROADCASTING NETWORKS, INC. (Verrilli, Donald) (Entered: 04/01/2025) |
| 04/01/2025 | 5 | NOTICE OF RELATED CASE by MIDDLE EAST BROADCASTING NETWORKS, INC.. Case related to Case No. 25−cv−907. (Verrilli, Donald) (Entered: 04/01/2025) |
| 04/01/2025 | 6 | NOTICE OF RELATED CASE by MIDDLE EAST BROADCASTING NETWORKS, INC.. Case related to Case No. 25−cv−799. (Verrilli, Donald) (Entered: 04/01/2025) |
| 04/01/2025 | 7 | NOTICE OF RELATED CASE by MIDDLE EAST BROADCASTING NETWORKS, INC.. Case related to Case No. 25−cv−840. (Verrilli, Donald) (Entered: 04/01/2025) |
| 04/01/2025 | 8 | NOTICE of Appearance by Ginger Dawn Anders on behalf of MIDDLE EAST BROADCASTING NETWORKS, INC. (Anders, Ginger) (Entered: 04/01/2025) |
| 04/01/2025 | 9 | NOTICE of Appearance by Jeremy Kreisberg on behalf of MIDDLE EAST BROADCASTING NETWORKS, INC. (Kreisberg, Jeremy) (Entered: 04/01/2025) |
| 04/02/2025 |  | Case Assigned to Judge Royce C. Lamberth. (zmtm) (Entered: 04/02/2025) |
| 04/02/2025 | 10 | SUMMONS (9) Issued Electronically as to All Defendants, U.S. Attorney and U.S. Attorney General (Attachments: # 1 Notice and Consent)(zmtm) (Entered: 04/02/2025) |
| 04/09/2025 | 11 | MOTION for Preliminary Injunction by MIDDLE EAST BROADCASTING NETWORKS, INC.. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Declaration of Deirdre Kline, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Text of Proposed Order)(Verrilli, Donald) (Entered: 04/09/2025) |
| 04/10/2025 |  | MINUTE ORDER: The parties agreed to brief this case alongside *Radio Free Asia v. United States*, 25−cv−907. The government's combined Opposition to Radio Free Asia and Middle East Broadcast Networks' Preliminary Injunction Motions is due by 4/11/2025 at 5:00 pm. The plaintiffs' combined Reply is due by 4/12/2025. Upon reviewing the parties' filings, the Court will schedule a hearing promptly. Signed by Judge Royce C. Lamberth on 4/10/2025. (lcrcl3) (Entered: 04/10/2025) |
| 04/10/2025 | 12 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Adeel Mohammadi, Filing fee $ 100, receipt number ADCDC−11607035. Fee Status: Fee Paid. by MIDDLE EAST BROADCASTING NETWORKS, INC.. (Verrilli, Donald) (Entered: 04/10/2025) |
| 04/10/2025 | 13 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Gabriel Mark Bronshteyn, Filing fee $ 100, receipt number ADCDC−11607043. Fee Status: Fee |

| | | |
|---|---|---|
| | | Paid. by MIDDLE EAST BROADCASTING NETWORKS, INC.. (Verrilli, Donald) (Entered: 04/10/2025) |
| 04/10/2025 | 14 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Hailyn Chen, Filing fee $ 100, receipt number ADCDC–11607047. Fee Status: Fee Paid. by MIDDLE EAST BROADCASTING NETWORKS, INC.. (Verrilli, Donald) (Entered: 04/10/2025) |
| 04/11/2025 | 15 | MOTION for Leave to File Amicus Brief by REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS. (Attachments: # 1 Exhibit Proposed Brief)(Brown, Bruce) (Entered: 04/11/2025) |
| 04/11/2025 | 16 | NOTICE of Appearance by Julia Alexandra Heiman on behalf of All Defendants (Heiman, Julia) (Entered: 04/11/2025) |
| 04/11/2025 | 17 | RESPONSE re 11 MOTION for Preliminary Injunction filed by SCOTT BESSENT, KARI LAKE, VICTOR MORALES, OFFICE OF MANAGEMENT AND BUDGET, UNITED STATES OF AMERICA, UNITED STATES AGENCY FOR GLOBAL MEDIA, UNITED STATES DEPARTMENT OF TREASURY, RUSSELL VOUGHT. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Appendix C, # 4 Text of Proposed Order)(Heiman, Julia) (Entered: 04/11/2025) |
| 04/12/2025 | 18 | REPLY to opposition to motion re 11 Motion for Preliminary Injunction, filed by MIDDLE EAST BROADCASTING NETWORKS, INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Text of Proposed Order)(Verrilli, Donald) (Entered: 04/12/2025) |
| 04/15/2025 | | MINUTE ORDER: On Thursday, April 17, the Court will hold a hearing on the pending preliminary injunction motions in *Widakuswara v. Lake*, 25–cv–1015, and *Abramowitz v. Lake*, 25–cv–887. The hearing will begin at 11:30 AM in Courtroom 15. Plaintiffs will present their arguments first; the Court will break for lunch at 12:30 PM and will reconvene at 1:45 PM; and the government will present their argument once the Court reconvenes. Plaintiffs will be provided time to respond. Once the hearing concludes, the Court will take a brief recess. At that point, the Court will hold status conferences for each of the network grantee cases in which there is a pending motion for preliminary relief: *RFE/RL v. Lake*, 25–cv–799 (RCL); *Radio Free Asia v. United States*, 25–cv–907 (RCL); and *Middle East Broadcasting Networks v. United States*, 25–cv–966 (RCL). Counsel in each of the network grantee cases listed above is encouraged to attend the *Widakuswara* preliminary injunction hearing, given the interrelatedness of the relief sought in each case. Signed by Judge Royce C. Lamberth on 4/15/2025. (lcrcl3) (Entered: 04/15/2025) |
| 04/16/2025 | 19 | NOTICE of Appearance by Abigail Stout on behalf of All Defendants (Stout, Abigail) (Entered: 04/16/2025) |
| 04/16/2025 | | NOTICE of Hearing: Status Conference set for 4/17/2025 at 3:30 PM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. (smc) (Entered: 04/16/2025) |
| 04/17/2025 | 20 | MOTION for Leave to File *Supplemental Declaration* by MIDDLE EAST BROADCASTING NETWORKS, INC.. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Verrilli, Donald) (Entered: 04/17/2025) |
| 04/17/2025 | | Minute Entry for Status Conference held on 4/17/2025 before Judge Royce C. Lamberth: Parties discussed posture of case. Court Reporter: Sonja Reeves. (smc) (Entered: 04/17/2025) |
| 04/18/2025 | 21 | |

5

| | | |
|---|---|---|
| | | TRANSCRIPT OF STATUS CONFERENCE before Judge Royce C. Lamberth held on April 17, 2025; Page Numbers: 1–6. Date of Issuance: April 18, 2025. Court Reporter/Transcriber Sonja L. Reeves, RDR, CRR, Telephone number (202) 354−3246, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/9/2025. Redacted Transcript Deadline set for 5/19/2025. Release of Transcript Restriction set for 7/17/2025.(Reeves, Sonja) (Entered: 04/18/2025) |
| 04/24/2025 | 22 | MOTION for Order *Granting Preliminary Injunction* by MIDDLE EAST BROADCASTING NETWORKS, INC.. (Attachments: # 1 Text of Proposed Order)(Verrilli, Donald) (Entered: 04/24/2025) |
| 04/24/2025 | | MINUTE ORDER: the parties are ORDERED to appear for a Motion Hearing, regarding Plaintiff's Motion for Order Granting Preliminary Injunction, on 4/25/2025 at 02:30 PM in Courtroom 15− In Person before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 4/24/2025. (lcrcl3) (Entered: 04/24/2025) |
| 04/25/2025 | 23 | ORDER granting 11 Motion for Preliminary Injunction; granting 22 Motion for Order. Signed by Judge Royce C. Lamberth on 4/25/2025. (lcrcl3) (Main Document 23 replaced on 4/25/2025) (zsmc). (Entered: 04/25/2025) |
| 04/25/2025 | | Minute Entry for Motion Hearing held on 4/25/2025 before Judge Royce C. Lamberth: re 22 MOTION for Order *Granting Preliminary Injunction*. Court Reporter: Tim Miller. (smc) (Entered: 04/25/2025) |
| 04/25/2025 | 24 | NOTICE OF INTERLOCUTORY APPEAL as to 23 Order on Motion for Preliminary Injunction, Order on Motion for Order by SCOTT BESSENT, KARI LAKE, VICTOR MORALES, OFFICE OF MANAGEMENT AND BUDGET, UNITED STATES OF AMERICA, UNITED STATES AGENCY FOR GLOBAL MEDIA, UNITED STATES DEPARTMENT OF TREASURY, RUSSELL VOUGHT. Fee Status: No Fee Paid. Parties have been notified. (Stout, Abigail) Modified on 4/25/2025 to add docket link (zjm). (Entered: 04/25/2025) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIDDLE EAST BROADCASTING NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, *et al.*, <br><br> Defendants. | No. 25-cv-00966-RCL |

## NOTICE OF APPEAL

Defendants—the United States of America; the United States Agency for Global Media; Kari Lake, in her official capacity as Senior Advisor to the Acting Chief Executive Officer ("CEO") of the U.S. Agency for Global Media; Victor Morales, in his official capacity as Acting CEO; the Office of Management and Budget; Russell Vought, in his official capacity as Director of the United States Office of Management and Budget; the United States Department of Treasury; and Scott Bessent, in his official capacity as United States Secretary of the Treasury—respectfully provide notice that they hereby appeal to the United States Court of Appeals for the District of Columbia Circuit the Court's Order (ECF No. 23), which granted the motion for a preliminary injunction filed by Plaintiff Middle East Broadcasting Networks, Inc. on April 25, 2025, and entered a preliminary injunction against Defendants.

Dated:  April 25, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ *Abigail Stout*
ABIGAIL STOUT
(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

/s/ *Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RADIO FREE ASIA,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES, et al.,<br><br>*Defendants*. | No. 25-cv-907-RCL |
| MIDDLE EAST BROADCASTING NETWORKS, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES, et al.,<br><br>*Defendants*. | No. 25-cv-966-RCL |

## [PROPOSED] ORDER GRANTING RADIO FREE ASIA AND MIDDLE EAST BROADCASTING NETWORKS, INC.'S OPPOSED MOTION TO ENTER ORDER GRANTING PRELIMINARY INJUNCTION

This matter came before the Court on Radio Free Asia and the Middle East Broadcasting Networks, Inc.'s (together, Plaintiffs) Motions for Preliminary Injunction (Case No. 25-cv-907, ECF No. 12[1]; Case No. 25-cv-966, ECF No. 11). After consideration of those motions and all related filings, it is hereby ORDERED that Plaintiffs' motions are GRANTED for substantially the same reasons raised in Plaintiffs' memoranda in support of their motions. Plaintiffs have established a likelihood of success on the merits and will suffer irreparable harm in the absence

---

[1] While RFA's motion was initially styled as a motion for a temporary restraining order, as noted in the Court's April 10, 2025 order, "[t]he parties have agreed to convert Radio Free Asia's Motion for a Temporary Restraining Order into a Motion for a Preliminary Injunction."

of an injunction, and the balance of equities and public interest favor immediate relief. The Court therefore PRELIMINARILY ENJOINS the Defendants, pending further order of this Court, to restore the FY 2025 grants with USAGM Networks Radio Free Asia and Middle East Broadcasting Networks, Inc. such that international USAGM outlets can "provide news which is consistently reliable and authoritative, accurate, objective, and comprehensive," 22 U.S.C. § 6202(a), (b), and to that end, provide monthly status reports on the first day of each month apprising the Court of the status of the defendants' compliance with this Order, including documentation sufficient to show the disbursement to RFA and MBN of the funds Congress appropriated.

**SO ORDERED**:

_April 25, 2025_
Date  3:00 pm

_[signature]_
The Honorable Royce C. Lamberth
United States District Judge

2