UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RFE/RL, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media; <br><br> VICTOR MORALES, in his official capacity as acting Chief Executive Officer of the United States Agency for Global Media; and <br><br> UNITED STATES AGENCY FOR GLOBAL MEDIA, <br><br> *Defendants*. | Case No. 1:25-cv-799-RCL |

**PLAINTIFF'S MOTION FOR
A FURTHER TEMPORARY RESTRAINING ORDER**

Plaintiff RFE/RL, Inc. ("RFE/RL"), respectfully moves pursuant to Federal Rule of Civil Procedure 65 for a further temporary restraining order. For the reasons presented in the memorandum in support of this motion, the Court should enter an order requiring Defendant U.S. Agency for Global Media ("USAGM") to immediately disburse to RFE/RL the amount of RFE/RL's congressionally appropriated funds for the period from April 1, 2025, through April 30, 2025, *i.e.*, $12,178,590, under the same terms and conditions that were previously in effect and governed the funds disbursed in March 2025. The specific relief that RFE/RL seeks is provided in the proposed temporary restraining order attached to this motion.

April 9, 2025                                              Respectfully submitted,

/s/ Marney L. Cheek
Marney L. Cheek (D.C. Bar No. 470596)
David M. Zionts (D.C. Bar No. 995170)
Thomas Brugato (D.C. Bar No. 1013523)
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000
mcheek@cov.com
dzionts@cov.com
tbrugato@cov.com

*Attorneys for Plaintiff RFE/RL, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 65.1(a), I hereby certify that on April 9, 2025, I filed the foregoing document and all attachments with the Clerk of Court for the United States District Court for the District of Columbia using the court's CM/ECF filing system, which will send notification of such filing via e-mail to all counsel of record.

                Respectfully submitted,

                /s/ Marney L. Cheek
                Marney L. Cheek (D.C. Bar No. 470596)
                COVINGTON & BURLING LLP
                850 Tenth Street NW
                Washington, DC 20001-4956
                (202) 662-6000
                mcheek@cov.com

                *Attorney for Plaintiff RFE/RL, Inc.*