UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RFE/RL, INC.,<br><br>　　　　　　*Plaintiff*,<br><br>v.<br><br>KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media;<br><br>VICTOR MORALES, in his official capacity as acting Chief Executive Officer of the United States Agency for Global Media; and<br><br>UNITED STATES AGENCY FOR GLOBAL MEDIA,<br><br>　　　　　　*Defendants*. | Case No. 1:25-cv-799-RCL |

## JOINT STATUS REPORT

Pursuant to the Court's April 8, 2025 Order, the parties submit this joint status report. The parties have conferred on a briefing schedule concerning Plaintiff's Motion for a Further Temporary Restraining Order (ECF 28) and Defendants' Motion to Dissolve the Temporary Restraining Order (ECF 29). The parties jointly propose the following briefing schedule:

- The parties will submit their respective responses to the motions by noon Eastern Time on Friday, April 11, 2025.

- The parties will submit their replies in support of their respective motions on Saturday, April 12, 2025.

If this schedule is acceptable to the Court, the parties intend to submit their briefs along this timeline.

April 10, 2025                                          Respectfully submitted,

/s/ Marney L. Cheek
Marney L. Cheek (D.C. Bar No. 470596)
David M. Zionts (D.C. Bar No. 995170)
Thomas Brugato (D.C. Bar No. 1013523)
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000
mcheek@cov.com
dzionts@cov.com
tbrugato@cov.com

*Attorneys for Plaintiff RFE/RL, Inc.*

YAAKOV M. ROTH
Acting Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ *Abigail Stout*
ABIGAIL STOUT
(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

*/s/ Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.

Washington, DC  20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 65.1(a), I hereby certify that on April 10, 2025, I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Columbia using the court's CM/ECF filing system, which will send notification of such filing via e-mail to all counsel of record.

        Respectfully submitted,

        /s/ Marney L. Cheek
        Marney L. Cheek (D.C. Bar No. 470596)
        COVINGTON & BURLING LLP
        850 Tenth Street NW
        Washington, DC 20001-4956
        (202) 662-6000
        mcheek@cov.com

        *Attorney for Plaintiff RFE/RL, Inc.*