UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RFE/RL, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media;<br><br>VICTOR MORALES, in his official capacity as acting Chief Executive Officer of the United States Agency for Global Media; and<br><br>UNITED STATES AGENCY FOR GLOBAL MEDIA,<br><br>*Defendants*. | Case No. 1:25-cv-799-RCL |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE DECLARATION OF JOSEPH LATAILLE

Plaintiff RFE/RL, Inc. ("RFE/RL"), respectfully seeks leave to file a supplemental declaration in support of Plaintiff's Motion for a Further Temporary Restraining Order. *See* LCvR 65.1(c). The declaration of Joseph Lataille, Chief Financial Officer of RFE/RL, is attached as Exhibit 1 to this Motion. Pursuant to Local Civil Rule 7(m), counsel for Plaintiff has contacted counsel for Defendants, who have stated that Defendants consent to Plaintiff's Motion for Leave to File but reserve the right to respond as appropriate given that new facts will be introduced at the reply brief stage.

"Courts have the discretion to allow parties to supplement the record of a case." *Marsh v. Johnson*, 263 F. Supp. 2d 49, 53 (D.D.C. 2003) (collecting cases). The exercise of this Court's

discretion is warranted here, where the proposed supplemental declaration provides information about RFE/RL's grant agreement process, generally, RFE/RL's FY 2024 grant agreement process, the FY 2025 grant agreement negotiations, RFE/RL's grant agreement relating to March 2025 funds, and correspondence relating to the grant agreement Defendants sent to RFE/RL on April 9, 2025. In its reply, RFE/RL relies on this context to address Defendants' contentions and representations about those topics in their opposition. *See Xiaomi Corp. v. Dep't of Def.*, No. 21-cv-280, 2021 WL 950144, at *3 n.2 (D.D.C. Mar. 12, 2021) (granting plaintiffs' motion for leave to file supplemental declaration in support of motion for preliminary injunction, where the supplemental declaration "provides additional information to the Court").

RFE/RL accordingly respectfully requests that the Court grant leave to file the Lataille Declaration.

April 12, 2025

Respectfully submitted,

/s/ *Marney L. Cheek*
Marney L. Cheek (D.C. Bar No. 470596)
David Zionts (D.C. Bar No. 995170)
Thomas Brugato (D.C. Bar No. 1013523)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
mcheek@cov.com
dzionts@cov.com
tbrugato@cov.com

*Attorneys for Plaintiff RFE/RL, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2025, I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Columbia using the court's CM/ECF filing system, which will send notification of such filing via e-mail to all counsel of record.

/s/ *Marney L. Cheek*
Marney L. Cheek (D.C. Bar No. 470596)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
mcheek@cov.com

*Attorney for Plaintiff RFE/RL, Inc.*