# Exhibit 1

## Declaration of Joseph Lataille

I, Joseph Lataille, declare as follows:

1. I am the Chief Financial Officer of RFE/RL, Inc., commonly known as Radio Free Europe/Radio Liberty ("RFE/RL"). The statements made in this declaration are based on my personal knowledge and the information made available to me pursuant to my duties as Chief Financial Officer.

**Overview of the Grant Agreement Process**

2. Typically, each year, USAGM prepares a draft grant agreement and sends it to RFE/RL for review. RFE/RL reviews the draft agreement, corrects any typographical errors, and occasionally proposes minor substantive changes. Simultaneously, USAGM requests, and RFE/RL provides, an annual financial plan with monthly funding requirements. RFE/RL and USAGM usually take a few weeks to exchange edits to the grant agreement. Once there is a final version that both signatories are prepared to sign, the President and CEO of RFE/RL will typically sign the grant agreement on behalf of RFE/RL, and USAGM's CEO will sign the grant agreement on behalf of USAGM. The grant agreement is then fully executed for the year. The annual financial plan with monthly funding requirements is included as an addendum to the grant agreement.

3. **The FY 2024 Master Grant Agreement.** On November 8, 2023, USAGM's CEO signed the FY 2024 Grant Agreement (FAIN: 1060-24-GO-00001). The FY 2024 Grant Agreement contains the full set of terms and conditions that have governed USAGM's disbursements of RFE/RL's congressionally appropriated funding since the FY 2024 Grant Agreement was concluded. *See* Exhibit A.

4. **The October 15, 2024 Grant Agreement for Additional Amounts in FY 2025.** On October 15, 2024, USAGM signed a "Grant Agreement Between [USAGM] and RFE/RL, Inc. For Additional Amounts in FY 2025" (FAIN: 1060-25-GO-00001). This agreement obligated funds to RFE/RL under the Continuing Appropriations and Extensions Act of 2025 under the terms and conditions of the FY 2024 Grant Agreement.

5. **The December 31, 2024 Grant Agreement for Additional Amounts in FY 2025.** On December 31, 2024, USAGM signed an amendment to the "Grant Agreement Between [USAGM] and RFE/RL, Inc. For Additional Amounts in FY 2025" (FAIN: 1060-25-GO-00001). This agreement obligated funds to RFE/RL under the American Relief Act of 2025 under the terms and conditions of the FY 2024 Grant Agreement.

6. **The February 2025 Negotiations Over the FY 2025 Master Grant Agreement.** On February 14, 2025, USAGM initiated its usual process for executing the grant agreement with RFE/RL by sharing a draft of the FY 2025 grant agreement. From February 14 to February 27, USAGM and RFE/RL exchanged minor edits over email and over the phone to the grant agreement. On February 27, the USAGM Budget Director said that she would send "a signable file ASAP" and indicated RFE/RL would sign first. USAGM followed up with the finalized FY 2025 grant agreement and requested a "*signed* version of this Master Grant Agreement at

your earliest convenience." That same day, RFE/RL signed the agreement and sent it back to USAGM for USAGM's signature. On February 28, USAGM confirmed that they had received the signed agreement. RFE/RL also asked whether there were "[a]ny issues with countersigning the grant agreement." USAGM's CFO responded "nope." The FY 2025 Grant Agreement, signed by RFE/RL but not countersigned by USAGM, is attached as Exhibit B.

7. USAGM, never returned the countersigned agreement to RFE/RL. RFE/RL contacted USAGM multiple times to request the countersigned agreement. USAGM's only response was that the countersigned agreement "had not come back from the front office." In the normal course, USAGM would have responded promptly and sent the countersigned agreement.

8. Despite RFE/RL's requests, and contrary to the standard practice of the parties, USAGM has not returned a countersigned agreement to RFE/RL.

**The March 27, 2025 Grant Agreement for Additional Amounts in FY 2025 Sent to RFE/RL After This Litigation Commenced**

9. On March 27, 2025, RFE/RL sent a funding request to USAGM requesting the remaining congressionally appropriated funds for March 15–31, as well as for April, 2025. On April 3, 2025, USAGM responded by sending an amendment to the "Grant Agreement Between [USAGM] and RFE/RL, Inc. For Additional Amounts in FY 2025" (FAIN: 1060-25-GO-0001). This grant agreement, which covered funding for March 15–31 and also documented USAGM's payment of the March 1-14 funding incorporated the terms and conditions of the FY 2024 Grant Agreement and obligated RFE/RL's congressionally appropriated funds, like the grant agreements from October 15, 2024 and December 31, 2024.

10. As is customary, I responded to the email and asked for clarification on some questions from USAGM. USAGM responded within a few minutes with availability to discuss my questions. In the normal course, USAGM responds promptly to my requests for information.

11. After briefly discussing with USAGM, RFE/RL promptly signed and returned the grant agreement to USAGM. USAGM never returned the countersigned grant agreement. *See* Exhibit C.

12. RFE/RL received its appropriated funds for March 15–31, 2025 on April 8, 2025.

**The "RFE/RL FY-25 Master Grant Agreement"**

13. On April 9, 2025, RFE/RL received an email attaching the "RFE/RL FY-25 Master Grant Agreement." This "Master Grant Agreement" contained numerous new terms and conditions that RFE/RL had never seen before in any grant agreement with USAGM and that were not part of the agreed February 2025 version of the FY 2025 Master Grant Agreement. I responded to USAGM, asking whether there was availability to discuss this new agreement. *See* Exhibit D. USAGM has not responded to my email. It is unusual for no one from USAGM to respond to a request to discuss a grant agreement.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 12, 2025.

*[signature]*

Joseph Lataille
Chief Financial Officer
RFE/RL, Inc.