UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RFE/RL, INC., <br><br> Plaintiff, <br><br> v. <br><br> KARI LAKE, in her official capacity, *et al.*, <br><br> Defendants. | No. 25-cv-00799-RCL |

**DEFENDANTS' MOTION FOR A 14-HOUR EXTENSION OF TIME,**
***NUNC PRO TUNC*, TO SUBMIT THEIR REPLY**
**IN SUPPORT OF THEIR MOTION TO DISSOLVE THE TRO**

The Defendants respectfully ask for an extension of time, *nunc pro tunc*, to submit the reply in support of their motion, ECF No. 29, to dissolve the March 25, 2025, TRO. Undersigned counsel had been working on multiple emergency filings in during the preceding several days, and had failed to realize that the deadline for the Defendants' reply had been set for April 12, 2025. Therefore, although she had substantially completed work on the reply on April 12, 2025, she did not finalize and submit the reply to the Court at that time. Rather, she submitted it on April 13, 2025, as soon as she became aware of her mistake. Undersigned counsel apologizes for any inconvenience her mistake caused to the Court and Plaintiff's counsel, and seeks the Court's indulgence in extending the deadline for submission until 2 pm on April 13, 2025.

.

Dated: April 13, 2025            Respectfully submitted,

                                 YAAKOV M. ROTH
                                 Acting Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch


ABIGAIL STOUT
(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division


*/s/ Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov

*Attorneys for Defendants*