UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


RFE/RL, INC.,                    )
                                 )
          Plaintiff,             )
                                 )
      vs.                        ) CASE NO. 1:25-cv-00799-RCL
                                 )
KARI LAKE, et al.,               )
                                 )
          Defendants.            )
_____   )


TRANSCRIPT OF STATUS CONFERENCE
**BEFORE THE HONORABLE ROYCE C. LAMBERTH, DISTRICT JUDGE**
Thursday - April 17, 2025
3:37 p.m. - 3:44 p.m.
Washington, DC

**FOR THE PLAINTIFF:**
      Covington & Burling LLP
      BY:  THOMAS R. BRUGATO and MARNEY LEIGH CHEEK
      850 Tenth Street, NW
      Washington, DC 20001

**FOR THE DEFENDANTS:**
      DOJ-USAO
      BY:  ABIGAIL STOUT
      950 Pennsylvania Avenue, NW
      Washington, DC 20530

_____
**SONJA L. REEVES**
**Registered Diplomate Reporter**
**Certified Realtime Reporter**
**Federal Official Court Reporter**
333 Constitution Avenue, NW
Washington, DC 20001
Transcript Produced from the Stenographic Record

(Call to Order of the Court at 3:37 p.m.)

DEPUTY CLERK:  We're on the record in Civil Case 25-799, *RFE/RL, Inc. versus Kari Lake, et al.*

Starting with plaintiff's counsel, please approach the podium and state your appearance for the record.

MR. BRUGATO:  Good afternoon, Your Honor.  This is Thomas Brugato for RFE/RL Inc., and with me is Marney Cheek.

MS. STOUT:  Good afternoon, Your Honor.  Abigail Stout for the defendants.

THE COURT:  The plaintiffs want to tell me the current status then?

MR. BRUGATO:  Yes, Your Honor.  We're happy to give you an update on the current status of events that have taken place since Tuesday's status conference.

So that afternoon, we did email USAGM about the grant agreement that they had indicated we should sign.  We made three requests in that email.

We ask that we instead go ahead and sign the February 27th grant agreement, which the parties had already agreed in principal to.  We alternatively requested that we enter into a one-month mini agreement, like was entered into for March, just so RFE/RL could obtain enough funding to survive for a few weeks while any negotiations commenced.

And then lastly, we asked that USAGM remove six of the most problematic new conditions from the agreement; most

notably, Your Honor, the provision that gives them or would give them the unilateral right to control the board of directors of RFE/RL, even though Congress removed that authority from them in the statute.

So they asked that we provide them a redline showing the changes, which we did, but they really haven't substantively responded to our requests. They have not responded to the requests that we just sign the February 27th agreement. They have not responded to a request that we enter into a short one-month extender that would allow RFE/RL to survive, which, again, is why we need the TRO.

And then on the agreement itself, they insisted that their conditions are reasonable without any explanation as to why they were reasonable. The only change that they offered to make is to change some of the 24-hour deadlines to 14-day deadlines, without changing the actual substantive obligations.

So where things are now is we sent another response, basically reiterating why the conditions were problematic and needed to be changed. We sent that last night, and asked for a response by noon today. And as of now, there has been no response.

So we're left without any funding for April, even though we're near the end of April, and without any sign that there is going to be a meaningful negotiation over the terms of the actual grant that they have imposed.

THE COURT:  Okay.  Ms. Stout?

MS. STOUT:  Your Honor, as to the status between the parties, it is also my understanding that negotiations are ongoing.  I would like to just clarify on the record that my friends on the other side seem to suggest that there was a lack of responsiveness or something, but in the one business day that we have had since our last status conference, I think there has been incredible progress of redlines going back and forth already, and some of the terms -- new terms being offered by USAGM.  So in the one business day that's happened so far, negotiations are ongoing.

THE COURT:  Okay.  What is the status -- let me ask the plaintiffs -- of your motion you were filing for preliminary injunction?

MR. BRUGATO:  So our current plan, Your Honor, would be to file that early next week, because of all of these recent developments that we want to take into account for that motion, if that schedule would be acceptable for Your Honor.

THE COURT:  And in terms of a temporary restraining order, where are you?

MR. BRUGATO:  Our position is that a temporary restraining order providing us the funding for April remains necessary because RFE/RL is continuing to have to wind down its operations.  Just as one example, if we don't receive the April funding soon, another 150 to 200 employees will be furloughed,

and then there is going to be another round of furloughs on May 1st, so the funds are really --

THE COURT:  Because you are under the order from the court in New York, you have the April funding?

MR. BRUGATO:  They have not provided us April funding, even though we have requested it.

THE COURT:  But the judge in New York's order covers that, right?

MR. BRUGATO:  I think that would need to be clarified. I mean, if it does cover it, they have not provided us that funding.

THE COURT:  You have not received it?

MR. BRUGATO:  That's correct.

THE COURT:  That order expires tomorrow.  The April funding would -- if you would normally receive that on April -- when would you receive it -- what's your understanding of when you would get that April funding?

MR. BRUGATO:  Typically, it would be towards the end of --

THE COURT:  Toward the end of April?

MR. BRUGATO:  No, no, toward the end of March, Your Honor.

THE COURT:  For the April funding?

MR. BRUGATO:  Correct.

THE COURT:  All right.  And the last money you

6

received was when?

MR. BRUGATO:  The last money we received was the money for the second half of March.  I think that was about ten days ago.

THE COURT:  Right.  But you got all of the March money?

MR. BRUGATO:  We did receive belatedly all of the March money.

THE COURT:  What you don't have is the April money. Okay.  All right.  I understand.  I understand the status. Okay.

MR. BRUGATO:  Thank you.

THE COURT:  We'll call the next case then.

(Proceedings concluded at 3:44 p.m.)

CERTIFICATE

I, Sonja L. Reeves, Federal Official Court Reporter in and for the United States District Court of the District of Columbia, do hereby certify that the foregoing transcript is a true and accurate transcript from the original stenographic record in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 18th day of April, 2025.


/s/ Sonja L. Reeves
SONJA L. REEVES, RDR-CRR
FEDERAL OFFICIAL COURT REPORTER