## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| RFE/RL, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media;<br><br>VICTOR MORALES, in his official capacity as acting Chief Executive Officer of the United States Agency for Global Media; and<br><br>UNITED STATES AGENCY FOR GLOBAL MEDIA,<br><br>*Defendants*. | Case No. 1:25-cv-799-RCL |

## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff RFE/RL, Inc. ("RFE/RL"), respectfully moves pursuant to Federal Rule of Civil Procedure 65 for a preliminary injunction. For the reasons presented in the memorandum in support of this motion, the Court should enter an order requiring Defendants to take all steps necessary to ensure that Defendant U.S. Agency for Global Media is party to a grant agreement with Plaintiff that does not contain unlawful, unreasonable, or unworkable conditions and that provides all funds congressionally appropriated for Plaintiff through September 30, 2025. The specific relief that RFE/RL seeks is provided in the proposed preliminary injunction order attached to this motion.

April 22, 2025                                Respectfully submitted,

                                             /s/ Marney L. Cheek
                                             Marney L. Cheek (D.C. Bar No. 470596)
                                             David M. Zionts (D.C. Bar No. 995170)
                                             Thomas Brugato (D.C. Bar No. 1013523)
                                             COVINGTON & BURLING LLP
                                             850 Tenth Street NW
                                             Washington, DC 20001-4956
                                             (202) 662-6000
                                             mcheek@cov.com
                                             dzionts@cov.com
                                             tbrugato@cov.com

                                             *Attorneys for Plaintiff RFE/RL, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2025, I filed the foregoing document and all attachments with the Clerk of Court for the United States District Court for the District of Columbia using the court's CM/ECF filing system, which will send notification of such filing via e-mail to all counsel of record.

Respectfully submitted,

/s/ Marney L. Cheek
Marney L. Cheek (D.C. Bar No. 470596)
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000
mcheek@cov.com

*Attorney for Plaintiff RFE/RL, Inc.*