# Exhibit 1

**From:** Karen Johnsen <JohnsenK@rferl.org>
**Sent:** Wednesday, April 16, 2025 8:36 PM
**To:** Roman Napoli <RNapoli@usagm.gov>; Joseph Lataille <LatailleJ@rferl.org>; Amy Batchelor <ABatchelor@usagm.gov>
**Cc:** Royce Min <RMin@usagm.gov>; Matthew Pollack <MPollack@usagm.gov>; Marcus Murchison <mmurchison@usagm.gov>; Stephen Capus <CapusS@rferl.org>; Wanda Ditrichova <DitrichovaW@rferl.org>
**Subject:** RE: RFE/RL FY 2025 Master Grant Agreement - FAIN: 1060-25-GO-00001

Dear Roman,

(Joe is traveling this evening so I'm sending this on his behalf.)

Thank you for your note. Simply changing some of the 24-hour deadlines to 14 days does not address our concerns.

You requested "clarification as to which provision in Art. V(a) RFE/RL asserts is 'illegal.'" As we have previously explained, USAGM lacks authority to require the following condition:

"[A]ll members of the Board of Directors must be approved by the USAGM CEO. All current board members not approved in writing by the USAGM CEO must obtain approval by the USAGM CEO, or their designee, in writing. If this approval is not gained, the appointment to the Board of Directors shall be null and void. For all current and newly proposed Board members who have not received such approval, a resume along with relevant information concerning experience and expertise in the relevant fields of broadcasting must be sent to the USAGM CEO within 24 hours of signing of this grant agreement. Additionally, each proposed board member must attest, in a notarized affidavit, to a lack of conflict of interest and provide financial disclosures similar to those required of US government personnel to the USAGM CEO. Failure to obtain approval of any or all of the Board of Directors by the USAGM CEO, or their designee, shall be deemed to be a material breach of this grant agreement."

"[A]n agency literally has no power to act . . . unless and until Congress confers powers upon it." *Louisiana Pub. Serv. Comm'n v. FCC*, 476 U.S. 355, 374 (1986). Congress has specifically considered whether to confer on USAGM the power to impose this condition. In 2017, Congress amended the International Broadcasting Act to authorize USAGM to "condition, if appropriate, any grant or cooperative agreement to RFE/RL, Inc. [and certain other grantees] . . . on authority to determine membership of [RFE/RL's] boards." National Defense Authorization Act for Fiscal Year 2017 ("FY2017 NDAA"), Pub. L. 114-328, 130 Stat. 2000, 2550 (2016) (codified at 22 U.S.C. § 6204(20) (2017)). Congress then repealed that grant of authority. See National Defense Authorization Act for Fiscal Year 2023, Pub. L. 117-263, 136 Stat 2395, 3915 (2022) (amending 22 U.S.C. § 6204(a) by "striking paragraph (20)"). Under these circumstances, the agency lacks power under the

International Broadcasting Act to impose this condition, and it is illegal for the agency to act beyond its statutory authorization.

Additionally, the CEO of USAGM is required, in carrying out its functions, to "respect the professional independence and integrity of" RFE/RL.  22 U.S.C. § 6204(d).  The condition does not respect RFE/RL's professional independence and integrity.  Finally, even if this condition were not illegal, USAGM has identified no need for it to have control over the Board of RFE/RL, a private non-profit corporation, and there is no sound reason for giving USAGM such a power.

Let me also take this opportunity to further explain our objections to the other unprecedented provisions I highlighted in my email of yesterday, and why we disagree with the agency's assertion that these provisions are reasonable:

- Article I(c) – As you know, USAGM is currently the guarantor on our main lease in Prague.  This was a requirement of our landlord. Therefore, if you insist that future leases must be secured solely by RFE/RL, as a practical matter this may prevent us from having a physical space in which to operate in the future.  Without that physical headquarters, we cannot perform our operations.

- Article III(b) – "Deleting" entire services within 14 days remains entirely impractical.  For example, RFE/RL's Ukrainian Service is an extremely complex enterprise—its employees work in three different offices (Prague, Kyiv, and Lviv); some of its reporters operate from the front lines; and, as is the case in most of the countries in which RFE/RL operates, its employees are entitled to a notice period when their employment is terminated.  It would be impossible to "delete" our Ukrainian Service in two months, let alone two weeks. Furthermore, although RFE/RL is open to discussing efficiencies that can be implemented to benefit the American taxpayer, we reject the premise of this provision.  RFE/RL produces content in 27 languages, and Voice of America also produces content in some of those languages.  Yet RFE/RL's mission, content, and audience are unique and do not involve "duplicative programming" with VOA.

- Article V(b)(2) – As an independent 501(c)(3), we cannot agree to "a complete accounting" of all "communications and meetings – whether formal or informal" with government officials by our directors, employees, officers, contractors, staffers, affiliates and/or board members.  This is intrusive and will have a chilling effect on our work.  Further, it is also not practical to prepare a "complete accounting" of all such past communications.  For example, during the year 2024 RFE/RL had many such communications and meetings just on the subject of Alsu Kurmasheva, our reporter who was incarcerated in Russia, every single week.

2

- Article XII(c) – We are concerned with the demand for a USAGM audit of RFE/RL, as RFE/RL already undergoes annual audits by an accredited auditor.  These financial audits are already available to USAGM through the Federal Audit Clearinghouse or upon request.  Over the past two fiscal years, RFE/RL has submitted more than 1,200 reports to USAGM, the State Department OIG, Congress, and other federal entities.  RFE/RL is also subject to audits by the Government Accountability Office. As an independent organization, we cannot accept being subjected to additional audits by auditors chosen by USAGM without any parameters set on their qualifications or their overlap with our existing, accredited auditors.

- Article IX(a) – It is unacceptable to put a stranglehold on RFE/RL by threatening to terminate our funding on the one hand, and forbidding us to fundraise from outside sources on the other.  We are a private, independent corporation, and Congress has funded us for decades without putting any such restriction on our ability to raise funds from other sources.

Please let us know if with these further explanations you are able to accept our deletions of the above provisions that we find unacceptable.  As you know, we did not delete every new provision you proposed in the new master grant agreement, and instead proposed revisions to a number of the new provisions. But the provisions we have identified above unlawfully limit our ability to perform our mission and we cannot agree to them.  In addition to these conditions being unreasonable on their own, we view them together as falling short of USAGM's statutory obligation to make a grant "available" to RFE/RL.

We would also appreciate an explanation of what has changed since we reached agreement with you at the end of February on terms and conditions to govern the FY 25 master grant, so as to necessitate these extensive new conditions.

Finally, given that you failed to respond to our request for a mini-agreement that would provide us with April funding by today at 5 pm EDT, we assume you have rejected that request.  Please let us know if we are mistaken.

We would appreciate your response by noon EDT tomorrow, April 17, before the status conference in RFE/RL Inc. v. Kari Lake, et al.

Best regards,


-Karen

**From:** Roman Napoli <RNapoli@usagm.gov>
**Sent:** Wednesday, April 16, 2025 2:54 PM

**To:** Joseph Lataille <LatailleJ@rferl.org>; Amy Batchelor <ABatchelor@usagm.gov>
**Cc:** Royce Min <RMin@usagm.gov>; Matthew Pollack <MPollack@usagm.gov>; Marcus Murchison <mmurchison@usagm.gov>; Stephen Capus <CapusS@rferl.org>; Karen Johnsen <JohnsenK@rferl.org>; Wanda Ditrichova <DitrichovaW@rferl.org>
**Subject:** Re: RFE/RL FY 2025 Master Grant Agreement - FAIN: 1060-25-GO-00001

Joe,

Thank you for the redline version of RFE/RL's proposed changes. The agency maintains that its language is reasonable. However, as a sign of its willingness to finalize a new grant agreement and provide RFE/RL with funding expeditiously, the agency is willing to change most of the 24-hour deadlines to 14 days. Please see our attached redline with embedded comments.

The agency also requests clarification as to which provision in Art. V(a) RFE/RL asserts is "illegal" and an explanation as to why RFE/RL believes it violates a specific law.

Thanks,

Roman

---

**From:** Joseph Lataille
**Sent:** Wednesday, April 16, 2025 12:12 PM
**To:** Roman Napoli; Amy Batchelor
**Cc:** Royce Min; Matthew Pollack; Marcus Murchison; Stephen Capus; Karen Johnsen; Wanda Ditrichova
**Subject:** RE: RFE/RL FY 2025 Master Grant Agreement - FAIN: 1060-25-GO-00001

Dear Roman,

Thank you for your response. We understand from your email below that USAGM has rejected RFE/RL's proposal that USAGM countersign the FY25 Master Grant Agreement that USAGM asked us to sign and that RFE/RL did sign on February 27, 2025.

If we are mistaken in that understanding, please let us know by 5 PM Eastern today.

4

Per your request below, I am attaching a redline version of the April 9 Master Grant Agreement that shows the edits we request.

We reiterate that RFE/RL urgently needs its congressionally appropriated funds for April, and we ask USAGM to consider our proposal to promptly enter into a one-month extension of the previous grant terms to cover our April expenses while we renegotiate the Master Grant Agreement.

We appreciate your prompt attention to these requests and look forward to a response by 5 PM Eastern today.

Best regards,

Joe

**From:** Roman Napoli <RNapoli@usagm.gov>
**Sent:** Tuesday, April 15, 2025 6:10 PM
**To:** Joseph Lataille <LatailleJ@rferl.org>; Amy Batchelor <ABatchelor@usagm.gov>
**Cc:** Royce Min <RMin@usagm.gov>; Matthew Pollack <MPollack@usagm.gov>; Marcus Murchison <mmurchison@usagm.gov>; Stephen Capus <CapusS@rferl.org>; Karen Johnsen <JohnsenK@rferl.org>; Wanda Ditrichova <DitrichovaW@rferl.org>
**Subject:** Re: RFE/RL FY 2025 Master Grant Agreement - FAIN: 1060-25-GO-00001

Hello Joe,

On the line edits to the grant agreement provided last week, leadership has asked that a red line version be provided with the specific edits RFE/RL is seeking.

5

Thanks.

---

**From:** Joseph Lataille <LatailleJ@rferl.org>
**Sent:** Tuesday, April 15, 2025 4:12 PM
**To:** Roman Napoli <RNapoli@usagm.gov>; Amy Batchelor <ABatchelor@usagm.gov>
**Cc:** Royce Min <RMin@usagm.gov>; Matthew Pollack <MPollack@usagm.gov>; Marcus Murchison <mmurchison@usagm.gov>; Stephen Capus <CapusS@rferl.org>; Karen Johnsen <JohnsenK@rferl.org>; Wanda Ditrichova <ditrichovaw@rferl.org>
**Subject:** RE: RFE/RL FY 2025 Master Grant Agreement - FAIN: 1060-25-GO-00001

Dear Amy and Roman,

I am following up on my April 9, 2025 email below, to which I have received no response.

RFE/RL has reviewed the FY25 "Master Grant Agreement" that you sent and asked us to sign on April 9. I wanted to provide you with our reactions. The Master Grant Agreement contains at least one provision (Article V(a)) related to RFE/RL that is clearly illegal, several conditions that are impossible to meet, and many other provisions that are unreasonable and unprecedented. All of these provisions were imposed on RFE/RL without explanation or justification, and they are a significant departure from the February 27, 2025, FY 2025 Master Grant Agreement that the parties had agreed to execute (and from our past grant agreements as well). Meanwhile, as USAGM is fully aware, RFE/RL is in urgent need of the April funds that Congress appropriated to us and that in the normal course would have been disbursed to us at the end of March, before April 1.

Accordingly, RFE/RL requests the following:

That USAGM, by 5:00 PM on April 16, countersign the Master Grant Agreement that you asked us to sign and that RFE/RL did sign on February 27, 2025—which you confirmed in writing on February 28 was acceptable to both parties, and that USAGM then initiate disbursement of the April funds no later than April 18.

If USAGM is for some reason unwilling to enter into the Grant Agreement that both parties agreed to on February 27:

- RFE/RL requests that the parties enter into a one-month extension of the previous grant terms, as we did with respect to RFE/RL's March 1-31 funds. We ask that this grant agreement extension be executed by 5:00 PM on April 16, and that USAGM initiate disbursement of the April funds no later than April 18. This short-term extension of the prior agreement to permit disbursement of the April funds is necessary because RFE/RL is currently suffering (and will continue to suffer) significant harms due to its lack of April funding while any negotiations proceed.
- With regard to any new Master Grant Agreement based on the draft sent to us on April 9, RFE/RL requests that USAGM, as a sign of its willingness to negotiate a new grant agreement, agree to delete the following unprecedented provisions:
    - Art. I(c) – "Any and all contracts and leases entered into by the Recipient must be secured by the Recipient solely without any guaranty, co-signing, or obligation incurred by USAGM. All leases and spaces purchased by the Recipient with grant funds must be immediately assignable to USAGM upon 24 hours notice."
    - Art. III(b) – "Insofar as the Recipient has duplicative programming with USAGM's other entities, the Recipient shall immediately reduce and delete language services upon notice by USAGM within 24 hours of such notice. Any refusal to delete language services within 24 hours of such notice shall be deemed a material breach of this agreement and shall result in the grant being terminated."
    - Art. V(a) – "All compensation, travel expenses, and other fringe benefits to the Board of Directors for the past three years must be disclosed in writing within 24 hours of signing of this agreement and on a monthly basis thereafter. All members of the Board of Directors must be U.S. citizens. Additionally, all members of the Board of Directors must be approved by the USAGM CEO. All current board members not approved in writing by the USAGM CEO must obtain approval by the USAGM CEO, or their designee, in writing. If this approval is not gained, the appointment to the Board of Directors shall be null and void. . . . Failure to obtain approval of any or all of the Board of Directors by the USAGM CEO, or their designee, shall be deemed to be a material breach of this grant agreement."
    - Art. V(b)(2) – "Within 24 hours after the execution of this Agreement, the Recipient will provide the USAGM CEO a complete accounting of all such communications and meetings – whether formal or informal – with the above-described entities, including but not limited to their directors, employees, officers, contractors, staffers, affiliates and/or board members made or held within the last 365 days."

- - Art. VIII(c) – "Recipient acknowledges and agrees that USAGM may at any time hire an independent audit of all Recipient books, financials, security protocols and/or operations. Recipient is required to provide all requested information and access to USAGM and/or its designated auditors/inspectors to all books, records, facilities, and technical systems within 24 hours notice in whatever manner, electronic or otherwise, deemed appropriate by USAGM. Failure to provide such access and/or information as described above shall be deemed to be a material breach of this grant agreement."
  - Art. IX(a) – the provision specifying that RFE/RL "may not engage in fundraising from outside sources"—or if we do, we "must forgo [our] grant funds in their entirety."
- RFE/RL asks that USAGM agree to deletion of these provisions by 5:00 PM Eastern on April 16. To be clear, RFE/RL will have further requested revisions to the grant agreement that it intends to propose regarding other problematic conditions newly added to the grant agreement without explanation, but RFE/RL believes that an agreement by USAGM to delete these provisions—which are unlawful, unreasonable, and/or unworkable—is the minimum necessary to demonstrate that USAGM is actually willing to negotiate in good faith.

Given our dire situation and the unfortunate need to continue to wind down the organization (since it is April 15 and USAGM continues withholding RFE/RL's congressionally appropriated funds), please substantively respond to this email within 24 hours with specific answers to our requests. Because we have not received our April funding, RFE/RL has had to terminate nearly all its freelance agreements, has furloughed 122 Prague employees, and is currently in the process of furloughing an additional 166 employees based in RFE/RL's bureaus. If RFE/RL does not receive its April funding soon, we will be forced to furlough an additional 150-200 employees later this month and to implement a new round of furloughs effective May 1.

We look forward to receiving your response by 5:00 PM tomorrow.

Best regards,

Joe

**From:** Joseph Lataille
**Sent:** Wednesday, April 9, 2025 9:51 AM
**To:** Amy Batchelor <ABatchelor@usagm.gov>
**Subject:** RE: RFE/RL FY 2025 Master Grant Agreement - FAIN: 1060-25-GO-00001

Are you able to quickly talk to clarify?

**From:** Amy Batchelor <ABatchelor@usagm.gov>
**Sent:** Wednesday, April 9, 2025 9:42 AM
**To:** Stephen Capus <CapusS@rferl.org>; Joseph Lataille <LatailleJ@rferl.org>; Karen Johnsen <JohnsenK@rferl.org>; Wanda Ditrichova <DitrichovaW@rferl.org>
**Cc:** Royce Min <RMin@usagm.gov>; Roman Napoli <RNapoli@usagm.gov>; Matthew Pollack <MPollack@usagm.gov>; Marcus Murchison <mmurchison@usagm.gov>
**Subject:** RFE/RL FY 2025 Master Grant Agreement - FAIN: 1060-25-GO-00001

Good morning,:

Please find the **RFE/RL FY-25 Master Grant Agreement** between the USAGM and RFE/RL attached, made available pursuant to the Full-Year Continuing Appropriations and Extensions Act, 2025, Division A of P.L. 119-4 (March 13, 2025).

At this time, USAGM intends to approve the submitted 'must pay' financial plan for **April 1-30, 2025,** in the amount of **$12,178,590.**

The Financial Assistance Identification Number (**FAIN**) for this Grant Award is **1060-25-GO-00001**.

Please provide a signed version of this Grant Agreement and your entity's **April 2025** funding request **in order to expedite the payment process**.

We will provide a copy of the bilaterally signed version of this agreement and the approved financial plan once all necessary signatures have been obtained.

Thank you,

Amy

**Amy Batchelor**
Budget Director
ABatchelor@USAGM.gov
202-920-2456



This electronic message transmission contains information which may be internal or restricted. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify the sender by telephone or by electronic reply and delete this message.