# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

RFE/RL, INC.,

*Plaintiff*,

v.

KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media;

VICTOR MORALES, in his official capacity as acting Chief Executive Officer of the United States Agency for Global Media; and

UNITED STATES AGENCY FOR GLOBAL MEDIA,

*Defendants*.

Case No. 1:25-cv-799-RCL

## PLAINTIFF'S NOTICE REGARDING RECENT DEVELOPMENT

RFE/RL respectfully submits this Notice to alert the Court to a recent communication it received from USAGM approximately two hours before today's status hearing (attached as Exhibits 1 and 2). That communication leaves no doubt that what is occurring constitutes "delayed, broken down grant negotiations" as a pretext to continue the "indefinite withholding of congressionally appropriated funds." *Widakuswara v. Lake*, No. 25-cv-1015-RCL, ECF 99 at 25 n.23 (D.D.C. Apr. 22, 2025).

As RFE/RL has previously informed the Court, on April 16 RFE/RL sent USAGM a redline of proposed changes to the Grant Agreement. ECF 41-6 at 4–5. That same day, USAGM responded with a version of the Grant Agreement that did not include any of RFE/RL's requested changes and merely adjusted a few deadlines, with a cover note stating that USAGM's new

conditions were "reasonable." *Id.* The same day, RFE/RL responded with additional explanation about why these new provisions were problematic, and repeated its request that USAGM enter into a mini-agreement for April so that the parties could have breathing space to negotiate. *Id.* at 1–3. RFE/RL requested that USAGM respond before the status conference the following day. *Id.* at 3.

USAGM did not respond for eight days, and has now responded approximately two hours before today's hearing. The response includes a Word document with a handful of redline changes from USAGM's prior version (ignoring the redlines RFE/RL had previously offered). RFE/RL is still reviewing this response, but a few points are immediately clear:

- Even though April is almost over, USAGM has *again* ignored RFE/RL's request for a mini-agreement covering April, similar to the one the parties signed for March. USAGM still has not explained why it refuses to enter such a short-term agreement. This is plainly reviewable final agency action at this point: Defendants have decided not to enter into such an agreement (RFE/RL expressed its understanding in its April 16 email that USAGM had rejected this request, and asked for USAGM to "let us know if we are mistaken").

- USAGM's new version does not appear to meaningfully accommodate RFE/RL's concerns. As just one example, USAGM continues to unlawfully insist on the authority to determine the membership of RFE/RL's Board of Directors.

- USAGM has not responded to RFE/RL's explanation of why various conditions are problematic, and has not provided any explanation of its own as to why those conditions are necessary and appropriate.

In short, Defendants are slow-walking their responses, refusing to engage with RFE/RL's proposals, rejecting those proposals without comment or explanation, and utterly ignoring the urgency of RFE/RL's need for its congressionally appropriated funds. And they are continuing a pattern of trying to change the facts mere hours before this Court holds a hearing, in what appears to be an attempt to evade the Court's review of their actions. For Defendants to call this an ongoing good-faith "negotiation" is a farce

April 24, 2025                                  Respectfully submitted,

                                               /s/ Marney L. Cheek
                                               Marney L. Cheek (D.C. Bar No. 470596)
                                               David M. Zionts (D.C. Bar No. 995170)
                                               Thomas Brugato (D.C. Bar No. 1013523)
                                               COVINGTON & BURLING LLP
                                               850 Tenth Street NW
                                               Washington, DC 20001-4956
                                               (202) 662-6000
                                               mcheek@cov.com
                                               dzionts@cov.com
                                               tbrugato@cov.com

                                               *Attorneys for Plaintiff RFE/RL, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2025, I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Columbia using the court's CM/ECF filing system, which will send notification of such filing via e-mail to all counsel of record.

Respectfully submitted,

/s/ Marney L. Cheek
Marney L. Cheek (D.C. Bar No. 470596)
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000
mcheek@cov.com

*Attorney for Plaintiff RFE/RL, Inc.*

4