UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RFE/RL, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media;<br><br>VICTOR MORALES, in his official capacity as acting Chief Executive Officer of the United States Agency for Global Media; and<br><br>UNITED STATES AGENCY FOR GLOBAL MEDIA,<br><br>*Defendants*. | Case No. 1:25-cv-799-RCL |

**[AMENDED PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR A PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff's motion for a preliminary injunction and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Defendants are enjoined to immediately enter into a grant agreement with Plaintiff covering April 2025 under the same terms and conditions applicable to the most recent master grant agreement between the parties, in materially identical terms to the agreement between the parties pertaining to March 2025.

It is further **ORDERED** that Defendants are enjoined to immediately disburse RFE/RL's April funding in the amount of $12,178,590.

1

It is further **ORDERED** that Defendants are enjoined to immediately enter into a master grant agreement with RFE/RL for Fiscal Year 2025 that does not include any terms or conditions that were not included in either the master grant agreement for Fiscal Year 2024, or the version of the negotiated master grant agreement for Fiscal Year 2025 as it stood when RFE/RL signed it at USAGM's request on February 27, 2025.

It is further **ORDERED** that Defendants are enjoined from imposing the grant terms and conditions identified at pp. 28–36 of Plaintiff's memorandum in support of its motion for preliminary injunction, ECF No. 41-1, or terms and conditions that are substantially the same.

It is further **ORDERED** that Defendants are enjoined to (i) restore disbursement of Plaintiff's congressionally appropriated funds to Plaintiff on a monthly basis pending final resolution of this lawsuit, and (ii) file monthly status reports on the first day of each month apprising the Court of the status of their compliance with this Order.

    **SO ORDERED.**

_____
Royce C. Lamberth
United States District Judge

Date: _____, 2025

## NAMES OF PERSONS TO BE SERVED
## WITH PROPOSED ORDER UPON ENTRY

Pursuant to Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above Proposed Order:

| | |
|---|---|
| Kari Lake<br>Senior Advisor to the Acting CEO<br>United States Agency for Global Media<br>Wilbur J. Cohen Federal Building<br>330 Independence Avenue SW<br>Washington, DC 20237 | United States Agency for Global Media<br>Wilbur J. Cohen Federal Building<br>330 Independence Avenue SW<br>Washington, DC 20237 |
| Victor Morales<br>Acting Chief Executive Officer<br>United States Agency for Global Media<br>Wilbur J. Cohen Federal Building<br>330 Independence Avenue SW<br>Washington, DC 20237 | Pamela Bondi<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530 |
| Edward R. Martin Jr.<br>United States Attorney for the District of Columbia<br>Civil Process Clerk<br>U.S. Attorney's Office for D.C.<br>601 D Street NW<br>Washington, DC 20530 | Julia Alexandra Heiman<br>Abigail Stout<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530 |
| Marney L. Cheek<br>David M. Zionts<br>Thomas Brugato<br>Covington & Burling LLP<br>850 Tenth Street NW<br>Washington, DC 20001 | |

/s/ Marney L. Cheek
Marney L. Cheek (D.C. Bar No. 470596)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
mcheek@cov.com

*Attorney for Plaintiff RFE/RL, Inc.*