UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RFE/RL, INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media;<br><br>VICTOR MORALES, in his official capacity as acting Chief Executive Officer of the United States Agency for Global Media; and<br><br>UNITED STATES AGENCY FOR GLOBAL MEDIA,<br><br>    *Defendants*. | Case No. 1:25-cv-799-RCL |

**PLAINTIFF'S NOTICE REGARDING FILING OF AMENDED PROPOSED ORDER**

   RFE/RL respectfully submits this Notice to alert the Court of its filing of a further amended proposed order (attached) in support of its motion for a preliminary injunction (ECF 41). Federal Rule of Civil Procedure 65(d)(1)(C) provides that an "order granting an injunction" must "describe in reasonable detail—and not by referring to the complaint or other document—the act or acts restrained or required." RFE/RL's previously filed proposed order, ECF 45-1, referenced "pp. 28–36 of Plaintiff's memorandum in support of its motion for preliminary injunction, ECF No. 41-1." To avoid any potential concerns arising under Rule 65(d)(1)(C), RFE/RL files the attached amended proposed order to specifically but succinctly describe the referenced conditions in the text of the proposed order.

April 28, 2025                                           Respectfully submitted,

/s/ Marney L. Cheek
Marney L. Cheek (D.C. Bar No. 470596)
David M. Zionts (D.C. Bar No. 995170)
Thomas Brugato (D.C. Bar No. 1013523)
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000
mcheek@cov.com
dzionts@cov.com
tbrugato@cov.com

*Attorneys for Plaintiff RFE/RL, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2025, I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Columbia using the court's CM/ECF filing system, which will send notification of such filing via e-mail to all counsel of record.

    Respectfully submitted,

    <u>/s/ Marney L. Cheek</u>
    Marney L. Cheek (D.C. Bar No. 470596)
    COVINGTON & BURLING LLP
    850 Tenth Street NW
    Washington, DC 20001-4956
    (202) 662-6000
    mcheek@cov.com

    *Attorney for Plaintiff RFE/RL, Inc.*