## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| RFE/RL, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media;<br><br>VICTOR MORALES, in his official capacity as acting Chief Executive Officer of the United States Agency for Global Media; and<br><br>UNITED STATES AGENCY FOR GLOBAL MEDIA,<br><br>*Defendants.* | Case No. 1:25-cv-799-RCL |

## [FURTHER AMENDED PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Upon consideration of Plaintiff's motion for a preliminary injunction and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Defendants are enjoined to immediately enter into a grant agreement with Plaintiff covering April 2025 under the same terms and conditions applicable to the most recent master grant agreement between the parties, in materially identical terms to the agreement between the parties pertaining to March 2025.

It is further **ORDERED** that Defendants are enjoined to immediately disburse RFE/RL's April funding in the amount of $12,178,590.

It is further **ORDERED** that Defendants are enjoined to immediately enter into a master grant agreement with RFE/RL for Fiscal Year 2025 that does not include any terms or conditions that were not included in either the master grant agreement for Fiscal Year 2024, or the version of the negotiated master grant agreement for Fiscal Year 2025 as it stood when RFE/RL signed it at USAGM's request on February 27, 2025.

It is further **ORDERED** that Defendants are enjoined from imposing the grant terms and conditions that follow, or terms and conditions that are substantially the same:

- Any condition enabling USAGM to approve or remove RFE/RL's Board of Directors;

- Any condition making a default or late payment on any real property or real estate a material breach of the agreement;

- Any condition requiring the deletion or a similar winding down of language services in 14 days;

- Any condition requiring RFE/RL to inform the USAGM CEO of communications or meetings, whether formal or informal, by any of its directors, employees, officers, contractors, staffers, affiliates, and board members, or any other related persons, with House and Senate staff and Members and any other entity within the Executive Branch and to provide an accounting of those meetings from the prior year or to provide an accounting of such communications or meetings moving forward;

- Any condition requiring additional independent audits and imposing additional requirements, including information and access requests, related to such audits, beyond those provided for in the master grant agreement for Fiscal Year 2024, or

the version of the negotiated master grant agreement for Fiscal Year 2025 as it stood when RFE/RL signed it at USAGM's request on February 27, 2025;

- Any condition entitling USAGM to site visits on 24 hours' notice to any of RFE/RL's sites or bureaus;

- Any condition requiring access to RFE/RL's financial records through any means within 24 hours;

- Any condition prohibiting RFE/RL from raising outside funds, or providing that the grant is terminated if RFE/RL seeks or raises outside funds;

- Any condition requiring a report to USAGM that requires an accounting of expenditures of funds to third parties, an accounting of beneficial owners of any recipient of these funds, resumes of all employees, and other similar information within 5 days;

- Any condition requiring an Approved Financial Plan to include a detailed breakdown of individual salaries and every contract, contractor, grant, sub-grant, vendor, and supplier, as well as the beneficial ownership and a breakdown of the same financial details for any entity receiving those funds.

It is further **ORDERED** that Defendants are enjoined to (i) restore disbursement of Plaintiff's congressionally appropriated funds to Plaintiff on a monthly basis pending final resolution of this lawsuit, and (ii) file monthly status reports on the first day of each month apprising the Court of the status of their compliance with this Order.

**SO ORDERED.**

_____
Royce C. Lamberth
United States District Judge

Date: _____, 2025

## NAMES OF PERSONS TO BE SERVED
## WITH PROPOSED ORDER UPON ENTRY

Pursuant to Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above Proposed Order:

| | |
|---|---|
| Kari Lake<br>Senior Advisor to the Acting CEO<br>United States Agency for Global Media<br>Wilbur J. Cohen Federal Building<br>330 Independence Avenue SW<br>Washington, DC 20237 | United States Agency for Global Media<br>Wilbur J. Cohen Federal Building<br>330 Independence Avenue SW<br>Washington, DC 20237 |
| Victor Morales<br>Acting Chief Executive Officer<br>United States Agency for Global Media<br>Wilbur J. Cohen Federal Building<br>330 Independence Avenue SW<br>Washington, DC 20237 | Pamela Bondi<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530 |
| Edward R. Martin Jr.<br>United States Attorney for the District of Columbia<br>Civil Process Clerk<br>U.S. Attorney's Office for D.C.<br>601 D Street NW<br>Washington, DC 20530 | Julia Alexandra Heiman<br>Abigail Stout<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530 |
| Marney L. Cheek<br>David M. Zionts<br>Thomas Brugato<br>Covington & Burling LLP<br>850 Tenth Street NW<br>Washington, DC 20001 | |

/s/ Marney L. Cheek
Marney L. Cheek (D.C. Bar No. 470596)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
mcheek@cov.com

*Attorney for Plaintiff RFE/RL, Inc.*