UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RFE/RL, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>KARI LAKE, in her official capacity, *et al.*,<br><br>    Defendants. | No. 25-cv-00799-RCL |

## NOTICE OF APPEAL

  Defendants—Kari Lake, in her official capacity as Senior Advisor to the Acting Chief Executive Officer ("CEO") of the U.S. Agency for Global Media; Victor Morales, in his official capacity as Acting CEO; and the United States Agency for Global Media—respectfully provide notice that they hereby appeal to the United States Court of Appeals for the District of Columbia the Court's Order (ECF No. 48) entered on April 29, 2025, which granted the motion for a temporary restraining order filed by Plaintiff Radio Free Europe, and entered an order styled as a temporary restraining order against Defendants.

Dated: May 1, 2025       Respectfully submitted,

               YAAKOV M. ROTH
               Acting Assistant Attorney General

               ERIC J. HAMILTON
               Deputy Assistant Attorney General
               Civil Division, Federal Programs Branch

               JOSEPH E. BORSON
               Assistant Branch Director
               Federal Programs Branch

               /s/ *Abigail Stout*

ABIGAIL STOUT
(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

*/s/ Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov

*Attorneys for Defendants*