UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RFE/RL, INC.,<br><br>               Plaintiff,<br><br>     v.<br><br>KARI LAKE, in her official capacity, *et al.*,<br><br>               Defendants. | No. 25-cv-00799-RCL |

### DEFENDANTS' STATUS REPORT

The Defendants respectfully submit this status report pursuant to the Court's April 29, 2025, Order requiring Defendants to report within 48 hours of that Order the status of Defendants' compliance with that Order, "including documentation sufficient to show the disbursement to Plaintiff of the funds Congress appropriated through April 30, 2025." Mem. Order, ECF No. 48 at 22. The April 29, 2025, Order required Defendants to take two steps: 1) "to immediately enter into a grant agreement with Plaintiff covering April 2025 under the same terms and conditions applicable to the most recent master grant agreement between the parties"; and 2) "to immediately disburse RFE/RL's April funding in the amount of $12,178,590." *Id.*

With respect to the first step, Defendants have completed compliance, and executed a grant agreement with Plaintiff covering April 2025 pursuant to the conditions required by this Court's Order on April 30, 2025.

With respect to the second step, since the Court's Order issued, USAGM has completed all internal processes necessary to send a payment disbursement request for $12,178,590 to the Department of the Treasury. *See* Decl. of Roman Napoli*, Widakuswara v. Lake*, 25-cv-1015, ECF No. 102, ¶¶ 5–7 (describing processes that must be completed at USAGM and Treasury for

disbursement to occur). That request has been submitted to the Department of Treasury for final review. Upon Treasury approval, USAGM will submit the payment into the Department of Treasury's Secure Payment System for final disbursement. Absent a stay of this Court's order by the U.S. Court of Appeals for the D.C. Circuit, Defendants anticipate that the funds will be disbursed by the Treasury to Plaintiff on May 2, 2025.

Dated: May 1, 2025                             Respectfully submitted,

                                        YAAKOV M. ROTH
                                        Acting Assistant Attorney General

                                        ERIC J. HAMILTON
                                        Deputy Assistant Attorney General
                                        Civil Division, Federal Programs Branch

                                        JOSEPH E. BORSON
                                        Assistant Branch Director
                                        Federal Programs Branch

                                        */s/ Abigail Stout*
                                        ABIGAIL STOUT
                                        (DC Bar No. 90009415)
                                        *Counsel*
                                        U.S. Department of Justice
                                        Civil Division

                                        */s/ Julia A. Heiman*
                                        JULIA A. HEIMAN (D.C. Bar No. 986228)
                                        Federal Programs Branch
                                        U.S. Department of Justice, Civil Division
                                        1100 L Street, N.W.
                                        Washington, DC 20005
                                        Tel. (202) 616-8480 / Fax (202) 616-8470
                                        julia.heiman@usdoj.gov

                                        *Attorneys for Defendants*