**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| RFE/RL, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>KARI LAKE, in her official capacity, *et al*.,<br><br>       Defendants. | No. 25-cv-00799-RCL |

## ERRATA TO DEFENDANTS' STATUS REPORT

The Defendants respectfully submit this errata to their status report, *see* ECF No. 51, which comprises documentation, in the form of screenshots, reflecting USAGM's successful transmission of a request for payment to RFE to the Department of the Treasury's inbound folder for payments. Defendants had intended to include such documentation with their status report, and apologize for any inconvenience caused by this additional filing.

Dated: May 1, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Abigail Stout*
ABIGAIL STOUT
(DC Bar No. 90009415)

*Counsel*
U.S. Department of Justice
Civil Division


/s/ Julia A. Heiman_____
JULIA A. HEIMAN (D.C. Bar No. 986228)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov

*Attorneys for Defendants*

3

```
1217859000 0RFE/RL INC                        1250 CONNECTICUT AVE NW STE 450
    RMR*IV*RFE-25-008*PI*12178590.00\
        51420252025 0206000DISGF   12178590000
0553348900 0RADIO FREE ASIA              RADIO FREE ASIA              2025 M STREET NW SUITE 300
    RMR*IV*RFA-25-007*PI*5533489.00\
        51420252025 0206000DISGF   05533489000
0040000000 0RADIO FREE ASIA              RADIO FREE ASIA              2025 M STREET NW SUITE 300
    RMR*IV*RFABN-24-006*PI*400000.00\
```

```
and Skype for Business:Connected to 100.123.219.1.
sftp> ls -l
d---------    1 nobody   nobody          0 May 01 09:44 Inbound/
d---------    1 nobody   nobody          0 Apr 29 10:15 Outbound/
sftp>
```