**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RFE/RL, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>KARI LAKE, in her official capacity, *et al.*,<br><br>        Defendants. | No. 25-cv-00799-RCL |
| OPEN TECHNOLOGY FUND,<br><br>        Plaintiff,<br><br>v.<br><br>KARI LAKE, in her official capacity, *et al.*,<br><br>        Defendants. | No. 25-cv-00840-RCL |
| RADIO FREE ASIA,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES, *et al.*,<br><br>        Defendants. | No. 25-cv-00907-RCL |
| MIDDLE EAST BROADCASTING NETWORKS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES, *et al.*,<br><br>        Defendants. | No. 25-cv-00966-RCL |

## DEFENDANTS' CONSENT MOTION TO CONTINUE
## THEIR OBLIGATION TO RESPOND TO PLAINTIFFS' COMPLAINTS
## UNTIL AFTER THE DC CIRCUIT HAS ISSUED GUIDANCE

In each of the above-captioned cases, the deadline for Defendants' response to the operative complaint is imminent. Specifically, Defendants' responses in *RFE/RL v. Lake* and *Open Technology Fund v. Lake* are due by May 19, 2025; Defendants' response in *Radio Free Asia v. United States* is due by May 27, 2025; and Defendants' response in *Middle East Broadcasting Networks, Inc. v. United States* is due by June 3, 2025. Defendants intend to submit dispositive motions in each case under Federal Rule of Civil Procedure 12, focusing on their contention that this Court lacks jurisdiction to hear Plaintiffs' claims under the Tucker Act. However, simultaneously, the D.C. Circuit has pending before it appeals in which that court will address this very issue.

Specifically, currently pending before the D.C. Circuit are appeals in *Radio Free Asia v. United States*, *Middle East Broadcasting Networks, Inc. v. United States*, and the appeal in the related case of *Widakuswara v. Lake*. In each of those matters, the issue of the Court's jurisdiction to address a grantee's claims against United States Agency for Global Media is squarely presented.[1] Accordingly, in the interest of efficiency—so that the parties and the Court may avoid expending their resources focused on an issue in which guidance will imminently be issued by the Court of Appeals—Defendants respectfully ask that the Court continue their obligation to respond to the operative complaints in the above-captioned cases until 14 days after the issuance of the D.C. Circuit's decision.

---

[1] An appeal in *RFE/RL v. Lake* also is currently pending, but, as noted the Government's May 14, 2025, letter to the Court of Appeals, the Government intends to move to dismiss that appeal as moot because the relief required by the court's order that was the subject of the appeal, *i.e.* execution of a grant agreement for the month of April and disbursement of April funds, already has been provided to the plaintiff.

In accordance with Local Civil Rule 7(m), the parties conferred about the relief requested herein, and Plaintiffs' counsel indicated that Plaintiffs consent to the requested continuance.

Dated: May 16, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch


/s/ *Abigail Stout*
ABIGAIL STOUT
(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

/s/ *Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC 20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov
*Attorneys for Defendants*