## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| RFE/RL, INC.,<br><br>     *Plaintiff*,<br><br>v.<br><br>KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media;<br><br>VICTOR MORALES, in his official capacity as acting Chief Executive Officer of the United States Agency for Global Media; and<br><br>UNITED STATES AGENCY FOR GLOBAL MEDIA,<br><br>     *Defendants*. | Case No. 1:25-cv-799-RCL |

## PLAINTIFF'S MOTION FOR
## A FURTHER TEMPORARY RESTRAINING ORDER

Plaintiff RFE/RL, Inc. ("RFE/RL"), respectfully moves pursuant to Federal Rule of Civil Procedure 65 for a further temporary restraining order. For the reasons presented in the memorandum in support of this motion, the Court should enter an order requiring Defendant U.S. Agency for Global Media ("USAGM") to immediately disburse to RFE/RL the amount of RFE/RL's congressionally appropriated funds for the period from May 1, 2025, through May 31, 2025, *i.e.*, $12,174,979, under the same terms and conditions that were previously in effect and governed the funds disbursed in April 2025. The specific relief that RFE/RL seeks is provided in the proposed temporary restraining order attached to this motion.

May 20, 2025                              Respectfully submitted,

                                         /s/ Marney L. Cheek
                                         Marney L. Cheek (D.C. Bar No. 470596)
                                         David M. Zionts (D.C. Bar No. 995170)
                                         Thomas Brugato (D.C. Bar No. 1013523)
                                         COVINGTON & BURLING LLP
                                         850 Tenth Street NW
                                         Washington, DC 20001-4956
                                         (202) 662-6000
                                         mcheek@cov.com
                                         dzionts@cov.com
                                         tbrugato@cov.com

                                         *Attorneys for Plaintiff RFE/RL, Inc.*

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 65.1(a), I hereby certify that on May 20, 2025, I filed the foregoing

document and all attachments with the Clerk of Court for the United States District Court for the

District of Columbia using the court's CM/ECF filing system, which will send notification of such

filing via e-mail to all counsel of record.


Respectfully submitted,

/s/ Marney L. Cheek
Marney L. Cheek (D.C. Bar No. 470596)
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000
mcheek@cov.com

*Attorney for Plaintiff RFE/RL, Inc.*