UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RFE/RL, INC.,<br><br>　　　　　　*Plaintiff*,<br><br>v.<br><br>KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media;<br><br>VICTOR MORALES, in his official capacity as acting Chief Executive Officer of the United States Agency for Global Media; and<br><br>UNITED STATES AGENCY FOR GLOBAL MEDIA,<br><br>　　　　　　*Defendants*. | Case No. 1:25-cv-799-RCL |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR A FURTHER TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiff's motion for a further temporary restraining order and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Defendants are enjoined to immediately enter into a grant agreement with Plaintiff covering May 2025 under the same terms and conditions applicable to the most recent master grant agreement between the parties, in materially identical terms to the agreement between the parties pertaining to April 2025; and it is further

**ORDERED** that Defendants are enjoined to immediately disburse RFE/RL's May funding in the amount of $12,174,979, and it is further

**ORDERED** that Defendants file a status report within 48 hours of the issuance of this order apprising the Court of the status of their compliance with this Order, including

documentation sufficient to show the disbursement to Plaintiff of the funds Congress appropriated through May 31, 2025.

    **IT IS SO ORDERED.**

                                                                                      _____

                                                                                    Royce C. Lamberth
Date: May \_\_\_\_, 2025                                               United States District Judge

## NAMES OF PERSONS TO BE SERVED
## WITH PROPOSED ORDER UPON ENTRY

Pursuant to Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above Proposed Order:

| | |
|---|---|
| Kari Lake<br>Senior Advisor to the Acting CEO<br>United States Agency for Global Media<br>Wilbur J. Cohen Federal Building<br>330 Independence Avenue SW<br>Washington, DC 20237 | United States Agency for Global Media<br>Wilbur J. Cohen Federal Building<br>330 Independence Avenue SW<br>Washington, DC 20237 |
| Victor Morales<br>Acting Chief Executive Officer<br>United States Agency for Global Media<br>Wilbur J. Cohen Federal Building<br>330 Independence Avenue SW<br>Washington, DC 20237 | Pamela Bondi<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530 |
| Edward R. Martin Jr.<br>United States Attorney for the District of Columbia<br>Civil Process Clerk<br>U.S. Attorney's Office for D.C.<br>601 D Street NW<br>Washington, DC 20530 | Julia Alexandra Heiman<br>Abigail Stout<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530 |
| Marney L. Cheek<br>David M. Zionts<br>Thomas Brugato<br>Covington & Burling LLP<br>850 Tenth Street NW<br>Washington, DC 20001 | |

/s/ Marney L. Cheek
Marney L. Cheek (D.C. Bar No. 470596)
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000
mcheek@cov.com

*Attorney for Plaintiff RFE/RL, Inc.*