**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| RFE/RL, INC.,<br><br>                    Plaintiff,<br><br>         v.<br><br>KARI LAKE, in her official capacity, *et al*.,<br><br>                    Defendants. | No. 25-cv-00799-RCL |

**[PROPOSED] ORDER**

The Court, having fully considered Plaintiff's Motion for a Further Temporary

Restraining Order and the parties' respective submissions in support thereof and in opposition

thereto, HEREBY ORDERS that the Plaintiff's Motion is DENIED.

IT IS SO **ORDERED**, this _____ day of _____, 2025.

_____
Hon. Royce C. Lamberth
Senior United States District Judge