# Exhibit A

## Sixth Declaration of Stephen Capus

I, Stephen Capus, declare as follows:

1. I am the President and Chief Executive Officer of RFE/RL, Inc., commonly known as Radio Free Europe/Radio Liberty ("RFE/RL"). The statements made in this declaration are based on my personal knowledge and the information made available to me pursuant to my duties as President and CEO.

**Pledge of €5.5 million from the European Union to Support RFE/RL**

2. On May 20, 2025, Kaja Kallas, the High Representative for Foreign Affairs and Security Policy and Vice-President of the European Commission, announced that "we are preparing a €5.5 million [approximately $6.25 million] contract with the European Endowment for Democracy, and this will support the vital work of Radio Free Europe."

3. As indicated by High Representative Kallas, the European Commission intends to provide €5.5 million (the "Pledged Funds") to the European Endowment for Democracy ("EED"). It is my understanding that the EED will donate some—but not all—of the Pledged Funds to RFE/RL. High Representative Kallas has also stated that the "focus" is to support RFE/RL's work in countries "in our neighborhood," which we understand to mean that the Pledged Funds may not be available to support all of RFE/RL's operations.

4. To the best of my knowledge, the contract between the European Commission and EED has not yet been prepared, let alone executed, and EED has not yet received any of the Pledged Funds.

5. For RFE/RL to receive the funds, RFE/RL will need to enter into a separate agreement with EED. RFE/RL and EED have not entered into any agreement.

6. RFE/RL has not received any of the Pledged Funds, does not know how much of the Pledged Funds it will receive from EED, and does not expect to receive any of the Pledged Funds before June 30, 2025, when RFE/RL will be forced to shut down unless it receives its congressionally appropriated funds from USAGM.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 26, 2025.

Stephen Capus
President and Chief Executive Officer
RFE/RL, Inc.