UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RFE/RL, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media; <br><br> VICTOR MORALES, in his official capacity as acting Chief Executive Officer of the United States Agency for Global Media; and <br><br> UNITED STATES AGENCY FOR GLOBAL MEDIA, <br><br> *Defendants*. | Case No. 1:25-cv-00799 |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SIXTH DECLARATION OF STEPHEN CAPUS

Upon consideration of Plaintiff's Unopposed Motion for Leave to File the Sixth Declaration of Stephen Capus, it is hereby

**ORDERED** that Plaintiff's Motion is **GRANTED** and the Sixth Declaration of Stephen Capus shall be considered filed with the Court.

**SO ORDERED.**


Dated: May __, 2025

_____
Hon. Royce C. Lamberth
United States District Judge