IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RFE/RL, INC., <br><br> Plaintiff, <br><br> v. <br><br> KARI LAKE, in her official capacity, *et al*., <br><br> Defendants. | No. 25-cv-00799-RCL |

**DEFENDANTS' STATUS REPORT**

Defendants respectfully submit this status report pursuant to the Court's May 30, 2025, Temporary Restraining Order requiring Defendants to "file a status report within 72 hours of the issuance of [the] Order, on June 2, 2025, apprising the Court of the status of their compliance with this Order, including documentation sufficient to show the disbursement to Plaintiff of the funds Congress appropriated through May 31, 2025." Mem. Order, ECF No. 60 at 4. The May 30, 2025, Order requires Defendants to take two steps: (1) "to immediately enter into a grant agreement with [p]laintiff covering May 2025 under the same terms and conditions applicable to the most recent master grant agreement between the parties, in materially identical terms to the agreement between the parties pertaining to April 2025"; and (2) "to immediately disburse [plaintiff's] May funding in the amount of $12,174,979." *Id.*

With respect to the first step, Defendants have provided for signature a grant agreement to plaintiff covering May 2025 pursuant to the conditions required by this Court's Order on May 30, 2025. The grant agreement provided is attached as Exhibit A.

With respect to the second step, since the Court's Order issued, the Agency has started

the disbursement process for the May funds, including providing the grantee with a grant agreement for signature. From there, Agency leadership will co-sign the document and submit the payment to the Department of Treasury for review and verification. The Agency will then submit the payment for disbursement. The Agency anticipates that the funds will be disbursed in approximately 6 to 8 business days.

Dated:  June 2, 2025                              Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ Abigail Stout
ABIGAIL STOUT
(DC Bar No. 90009415)
Counsel
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov


/s/ Julia A. Heiman
JULIA A. HEIMAN (D.C. Bar No. 986228)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov
*Attorneys for Defendants*

# Exhibit A

# GRANT AGREEMENT
# BETWEEN THE
# U.S. AGENCY FOR GLOBAL MEDIA AND
# RFE/RL INC.
# FOR ADDITIONAL AMOUNTS IN FY 2025

### FAIN: 1060-25-GO-00001

**GRANT FUNDS TABLE**

|  | FY 2025 PROGRAM PLAN | Previous Total | Current Amount | New Total | Currency gain/(loss) (Informational) |
|---|---|---|---|---|---|
| **FUNDING** | PENDING | $79,584,913 | $12,174,979 | $91,759,892 | $(95,489)[1] |

This Agreement constitutes a notification of the Agencies intent to obligate funds for Fiscal Year ("FY") 2025 between the **U.S. AGENCY FOR GLOBAL MEDIA** ("USAGM") and **RFE/RL, INC.** ("Recipient"). This obligation is incurred as required by court order in *RFE/RL, Inc. v. Lake*, No. 1:25-CV-799-RCL (D.D.C. May 30, 2025), USAGM hereby provides an additional amount of **$12,174,979** to Recipient for operations during FY 2025, consistent with current terms and conditions, as made available pursuant to the FY2025 Full-Year Continuing Appropriations and Extensions Act, 2025, Division A of P.L. 119-4 (March 15, 2025).

**RFE/RL, INC.**                                          **U.S. AGENCY FOR GLOBAL MEDIA**

BY _____        BY _____
Stephen Capus                                            Victor Morales
President                                                Acting Chief Executive Officer

DATE _____                                      DATE _____

---

[1] Reported on the RFE/RL Foreign Currency Loss Report – April 30, 2025.