# Exhibit 1

**From:** Joseph Lataille
**Sent:** Monday, May 19, 2025 3:05:22 PM
**To:** Roman Napoli <RNapoli@usagm.gov>
**Cc:** Amy Batchelor <ABatchelor@usagm.gov>; Karen Johnsen <JohnsenK@rferl.org>; Matthew Pollack <MPollack@usagm.gov>
**Subject:** RE: Grant agreement

Dear Roman,

We are re-attaching our redline edits, which we have now provided several times.  For the reasons given below, these redline edits are reasonable and appropriate, and the conditions USAGM continues to insist on remain unworkable, unreasonable, and unlawful.  RFE/RL has repeatedly explained why USAGM's conditions are problematic, while USAGM has repeatedly declined to engage in any substantive discussion of any revisions to the grant agreement, including to explain what it considers unsatisfactory about the terms and conditions RFE/RL and USAGM successfully negotiated in February.  USAGM's repeated failure to respond makes clear that the agency is not actually considering the serious concerns RFE/RL has raised, but instead has made up its mind regarding the FY 2025 Master Grant Agreement and is presenting it on a take-it-or-leave-it basis.  If USAGM decides to reconsider and is prepared to substantively engage with RFE/RL's concerns, please let us know.

Regards,

Joe

**From:** Roman Napoli <RNapoli@usagm.gov>
**Sent:** Friday, May 16, 2025 5:23 PM
**To:** Joseph Lataille <LatailleJ@rferl.org>
**Cc:** Amy Batchelor <ABatchelor@usagm.gov>; Karen Johnsen <JohnsenK@rferl.org>; Matthew Pollack <MPollack@usagm.gov>
**Subject:** Re: Grant agreement

Thanks, USAGM continues to seek redline edits to the revised grant agreement, as previously requested.

**From:** Joseph Lataille <LatailleJ@rferl.org>
**Sent:** Friday, May 16, 2025 5:05 PM
**To:** Roman Napoli <RNapoli@usagm.gov>
**Cc:** Amy Batchelor <ABatchelor@usagm.gov>; Karen Johnsen <JohnsenK@rferl.org>; Matthew Pollack <MPollack@usagm.gov>
**Subject:** RE: Grant agreement

Dear Roman,

I am writing to follow up on my email below.  To reiterate, RFE/RL is in urgent need of its May funds.  Given that you failed to respond to our request for a mini-agreement that would provide us with May funding by today at 5 pm EDT, we assume you have rejected that request.  Please let us know if we are mistaken.

Joe

**From:** Joseph Lataille
**Sent:** Wednesday, May 14, 2025 2:54 PM
**To:** Roman Napoli <RNapoli@usagm.gov>
**Cc:** Amy Batchelor <ABatchelor@usagm.gov>; Karen Johnsen <JohnsenK@rferl.org>; Matthew Pollack <MPollack@usagm.gov>
**Subject:** RE: Grant agreement

Dear Roman,

RFE/RL is disappointed that USAGM has again refused to reconsider the unlawful, unreasonable, and unworkable terms and conditions that it added to the master grant agreement that the parties had negotiated and finalized in February. We are also disappointed that USAGM has refused our request to provide an explanation of its justification for the provisions RFE/RL has identified as problematic, even though RFE/RL has explained our objections to several provisions. We also note USAGM's cancellation without explanation of the meeting that was scheduled for May 9.

We do not find it constructive for USAGM to demand that RFE/RL itself propose "edits that allow for transparency and accountability." The master grant agreement that the parties fully negotiated in February, and that USAGM asked RFE/RL to sign, properly provided for transparency and accountability while also respecting RFE/RL's professional independence and integrity as required by statute. In fact, the previously negotiated agreement provides for far more transparency than is typical for federal grantees. For example, the February agreement contained provisions for submission of numerous reports by RFE/RL to enable USAGM's grant monitoring (Article VII.d), for site visits by USAGM (Article VII.e) and audits (Article XII.b) in accordance with the Uniform Guidance, for further audits by the Government Accountability Office (Article XII.c) and oversight by the State Department's Inspector General (Article XII.d), as well as multiple provisions enabling USAGM review of programming and content (Article III & Article XIII). We also note that USAGM has signed master grant agreements with other networks for Fiscal Year 2025 that do not include the provisions on which the agency insists for RFE/RL, and the agency has not explained why RFE/RL is differently situated.

USAGM's new terms and conditions are not genuine transparency and accountability measures, but instead improperly seek to control RFE/RL in ways that are inconsistent with governing statutes. If USAGM now believes that the agreement that was fully negotiated in February does not adequately provide for transparency and accountability, it should (i) explain what has changed since February, (ii) itself propose edits to achieve any legitimate objectives it may have without being unlawful, unreasonable, and unworkable, and (iiI) explain why such changes are necessary and appropriate and why it has rejected RFE/RL's specific objections. USAGM's failure to do so confirms our understanding that USAGM has made a final decision to require its unlawful, unreasonable, and unworkable terms and conditions.

Given the passage of time without any progress or reconsideration by USAGM regarding the master grant agreement, RFE/RL requests that the parties enter into another one-month extension of the previous grant terms, as we did with respect to RFE/RL's March and April funds. While we received the April funds yesterday, that was approximately six weeks later than they would have been received in the ordinary course, and we are nearly halfway through May. RFE/RL is thus again in urgent need of additional funding. We ask that this grant agreement extension be executed by 5:00 PM on May 16, and that USAGM initiate disbursement of the May funds no later than May 19.

This short-term extension of the prior agreement to permit disbursement of the May funds is necessary because RFE/RL is currently suffering (and will continue to suffer) significant harms due to its lack of May funding. Due to USAGM's failure to timely provide the funds that Congress appropriated to us, RFE/RL has had to stop producing dozens of programs on which our audiences relied for news about their countries; unless USAGM disburses the May funds soon, RFE/RL will have to cancel even more programs. Furthermore, RFE/RL is now millions of dollars behind on payments to many mission-critical vendors, including utility companies, health insurance providers, and the companies that sustain our Internet operations.

If May funds are not disbursed soon, these critical services could be interrupted.

Regards,

Joe

---

**From:** Roman Napoli <RNapoli@usagm.gov>
**Sent:** Wednesday, May 14, 2025 9:13 AM
**To:** Joseph Lataille <LatailleJ@rferl.org>
**Cc:** Amy Batchelor <ABatchelor@usagm.gov>; Karen Johnsen <JohnsenK@rferl.org>; Matthew Pollack <MPollack@usagm.gov>
**Subject:** Re: Grant agreement

Hello, Joe,

Upon review of RFE's proposed edits which removed all meaningful reforms and substantive changes.

We would ask you to please take another attempt and provide edits that allow for transparency and accountability that the Agency can actually consider.

We look forward to your revised proposal.

Thanks.

---

**From:** Joseph Lataille
**Sent:** Friday, May 9, 2025 9:34 AM

**To:** Roman Napoli
**Cc:** Amy Batchelor
**Subject:** Grant agreement

Dear Roman,

This is to reiterate that we remain willing to meet to negotiate the grant agreement in good faith. For your convenience, attached is a Word redline reflecting our edits to the grant agreement.

For the discussion to be productive, we also reiterate our request that USAGM provide, in advance of a meeting, a written explanation of its position and justification regarding the provisions RFE/RL has identified as problematic.

Best regards,

Joe

**Joseph Lataille**

**Chief Financial Officer**

**Radio Free Europe/Radio Liberty**

Tel:  +1 202-457-6915

Mob:  +1 202-222-5198

email: lataillej@rferl.org

USA: 1250 Connecticut Ave NW, Suite 450 | Washington, DC | 20036

Czech Republic: Vinohradská 159a | Prague 10 | 100 00

This electronic message transmission contains information which may be internal or restricted. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify the sender by telephone or by electronic reply and delete this message.