UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RFE/RL, INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media;<br><br>VICTOR MORALES, in his official capacity as acting Chief Executive Officer of the United States Agency for Global Media; and<br><br>UNITED STATES AGENCY FOR GLOBAL MEDIA,<br><br>    *Defendants*. | Case No. 1:25-cv-799-RCL |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE EIGHTH DECLARATION OF STEPHEN CAPUS**

  Plaintiff RFE/RL, Inc. ("RFE/RL") respectfully seeks leave to file a supplemental declaration in support of Plaintiff's Motion for a Temporary Restraining Order. *See* LCvR 65.1(c). The eighth declaration of Stephen Capus, President and Chief Executive Officer of RFE/RL, is attached as Exhibit A to this Motion. Pursuant to Local Civil Rule 7(m), counsel for Plaintiff have contacted counsel for Defendants, who have stated that Defendants do not oppose Plaintiff's Motion for Leave to File.

  "Courts have the discretion to allow parties to supplement the record of a case." *Marsh v. Johnson*, 263 F. Supp. 2d 49, 53 (D.D.C. 2003) (collecting cases). The exercise of this Court's discretion is warranted here, where Defendants have raised the status of potential funding from

the European Union's offer of aid to RFE/RL to argue that RFE/RL lacks irreparable harm. *See* Opp. 1–2, ECF 63. This declaration allows RFE/RL to provide information responding directly to Defendants' contention that RFE/RL's "current motion is silent on the status of those potential funds." *Id.* at 2; *see also Xiaomi Corp. v. Dep't of Def.*, No. 21-cv-280 (RC), 2021 WL 950144, at *3 n.2 (D.D.C. Mar. 12, 2021) (granting plaintiffs' motion for leave to file supplemental declaration in support of motion for preliminary injunction, where the supplemental declaration "provides additional information to the Court").

RFE/RL accordingly respectfully requests that the Court grant leave to file the Eighth Declaration of Stephen Capus.

June 27, 2025

Respectfully submitted,

*/s/ Marney L. Cheek*
Marney L. Cheek (D.C. Bar No. 470596)
David Zionts (D.C. Bar No. 995170)
Thomas Brugato (D.C. Bar No. 1013523)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
mcheek@cov.com
dzionts@cov.com
tbrugato@cov.com

*Attorneys for Plaintiff RFE/RL, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Columbia using the court's CM/ECF filing system, which sent notification of such filing via e-mail to all counsel of record.

/s/ Marney L. Cheek
Marney L. Cheek (D.C. Bar No. 470596)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
mcheek@cov.com

*Attorney for Plaintiff RFE/RL, Inc.*