UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RFE/RL, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media;<br><br>VICTOR MORALES, in his official capacity as acting Chief Executive Officer of the United States Agency for Global Media; and<br><br>UNITED STATES AGENCY FOR GLOBAL MEDIA,<br><br>*Defendants*. | Case No. 1:25-cv-799-RCL |

**PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR A FURTHER TEMPORARY RESTRAINING ORDER**

Defendants raise no new arguments in their opposition to RFE/RL's motion for June funds, but merely "incorporate by reference" arguments that Defendants "recognize" the Court has rejected. Opp. 1. RFE/RL incorporates by reference its previous reply submissions. *See* ECF 34 (April TRO reply); ECF 45 (April PI reply); ECF 59 (May TRO reply). RFE/RL also updates the Court that, to its knowledge, the status of potential European funding has not changed since May. *See* Eighth Declaration of Stephen Capus ¶ 2. For the reasons explained in RFE/RL's previous briefs as well as this Court's previous decisions that Defendants admit are controlling, this Court should grant a further TRO so that RFE/RL can receive its urgently-needed June funds that Defendants obstinately continue to withhold in violation of law.[1]

A further TRO remains vitally necessary in order to keep RFE/RL in existence, and RFE/RL respectfully requests that the Court grant it.

---

[1] RFE/RL notes that on June 25, 2025, after RFE/RL filed its motion, Defendant Kari Lake testified before Congress. *Hearing on the U.S. Agency for Global Media Before the H. Comm. on Foreign Affairs*, 119th Cong. (Jun. 25, 2025) (testimony of Kari Lake, Senior Advisor, U.S. Agency for Global Media), https://foreignaffairs.house.gov/hearing/spies-lies-and-mismanagement-examining-the-u-s-agency-for-global-medias-downfall/. During her testimony, Defendant Lake represented that RFE/RL has "refused" USAGM's offer to "negotiat[e] a grant agreement" or "even mark [the grant agreement] up and redline it and send it back" to USAGM. *Id.* at 35:20–35:34. Defendant Lake's testimony was false.

As the record before this Court reflects, RFE/RL has sent multiple redlines to USAGM via email, and has multiple times expressed its willingness to substantively engage with USAGM regarding RFE/RL's concerns with the terms of the proposed grant agreement. *See* ECF 62-2 ¶ 2; *see also* ECF 62-3 at 2 (May 19, 2025 email from RFE/RL to USAGM stating RFE/RL is "re-attaching our redline edits, which we have now provided several times"); ECF 28-4 (redline of proposed grant agreement). USAGM has repeatedly declined to respond to RFE/RL's emails attaching redline edits. *See* ECF 62-2 ¶ 2; ECF 62-3 at 2. Notably, neither Defendant Lake nor any other employee of USAGM has submitted a declaration or any other evidence in this Court contradicting RFE/RL's evidence.

1

July 27, 2025                                             Respectfully submitted,

                                                                                      */s/ Marney L. Cheek*
Marney L. Cheek (D.C. Bar No. 470596)
David M. Zionts (D.C. Bar No. 995170)
Thomas Brugato (D.C. Bar No. 1013523)
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000
mcheek@cov.com
dzionts@cov.com
tbrugato@cov.com

*Attorneys for Plaintiff RFE/RL, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Columbia using the court's CM/ECF filing system, which will send notification of such filing via e-mail to all counsel of record.

Respectfully submitted,

/s/ *Marney L. Cheek*
Marney L. Cheek (D.C. Bar No. 470596)
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000
mcheek@cov.com

*Attorney for Plaintiff RFE/RL, Inc.*

3