UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RFE/RL, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>KARI LAKE, in her official capacity, *et al.*,<br><br>    Defendants. | No. 25-cv-00799-RCL |

**DEFENDANTS' STATUS REPORT**

  The Defendants respectfully this status report pursuant to the Court's July 1, 2025, Order. RFE/RL's payment is now fully approved and processed through USAGM, as reflect in the screenshot below:

| Document Type | Document Number | Amendment / Modification Number | Temporary Amendment Number | Title | Document Date | Document Status |
|---|---|---|---|---|---|---|
| GA | GA202507030001 | | | RFE-25-010 | 07/03/2025 | Processed |

This payment been submitted to Treasury for review and approval as part of a list of payments known as a "bulk schedule." The following screenshot confirms that the bulk schedule was successfully transmitted to Treasury today:

```
sftp> cd Inbound
sftp> lcd /momentum/USAGMFiles_79/Payment/outbound/xmit
sftp> put FROXK.BBG1.SPR.A*
sftp> ls
FROXK.BBG1.SPR.A250703
sftp> exit
```

Once Treasury approves the package, which takes about two business days, USAGM will upload the final disbursement information into the Secure Payment System where a disbursement is made within one day of submission. Confirmation of the deposit should appear in RFE's bank by Friday, July 11, unless the federal holiday adds processing time. In that case, at latest, the funds would arrive by Monday, July 14.

Dated: July 3, 2025                              Respectfully submitted,

                                                      BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ Abigail Stout
ABIGAIL STOUT
(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division

/s/ Julia A. Heiman
JULIA A. HEIMAN (D.C. Bar No. 986228)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC 20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov

*Attorneys for Defendants*