## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

RFE/RL, INC.,

          *Plaintiff*,

v.

KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media;

VICTOR MORALES, in his official capacity as acting Chief Executive Officer of the United States Agency for Global Media; and

UNITED STATES AGENCY FOR GLOBAL MEDIA,

          *Defendants*.

Case No. 1:25-cv-799-RCL

### NOTICE OF DEVELOPMENTS AT THE D.C. CIRCUIT

RFE/RL respectfully submits this Notice to apprise the Court of recent developments regarding the appeal of this case at the D.C. Circuit.  On July 1, the D.C. Circuit granted Defendants' motion for voluntary dismissal of Defendants' appeal and denied RFE/RL's request to vacate the motions panel's stay order.  *See* Order, *RFE/RL, Inc. v. Lake*, No. 25-5158 (D.C. Cir. July 1, 2025), Doc. #2123323.  The en banc D.C. Circuit then issued an order denying RFE/RL's motion for en banc reconsideration and dissolving the administrative stay of the motions panel's stay order.  *See* Order, *RFE/RL, Inc. v. Lake*, No. 25-5158 (D.C. Cir. July 1, 2025), Doc. #2123325. Accordingly, no aspect of this case remains pending before the D.C. Circuit.

The D.C. Circuit's decision not to vacate the motions panel's stay order, Doc. #2114775, should have no effect on further proceedings in this case.  As Defendants argued in their reply in

support of voluntary dismissal, that stay order has now "expire[d] of its own force" due to the dismissal of the appeal, and it is "not particularly important whether the decision is formally vacated." Reply at 5, *RFE/RL, Inc. v. Lake*, No. 25-5158 (D.C. Cir. June 2, 2025), Doc. #2118490. The motions panel in the *RFE/RL* appeal issued an unpublished stay decision, which "means that the panel sees no precedential value in that disposition." D.C. Cir. R. 36(e)(2); *see also* Defs.' Suppl. Br. Under May 30, 2025 Order at 6, *Am. Foreign Serv. Ass'n v. Trump*, No. 1:25-cv-00352 (D.D.C. June 6, 2025), ECF 89 (explaining that the "motions panel did not designate [the *Widakuswara* stay] decision for publication as precedent" (citing D.C. Circuit Handbook of Practice and Internal Procedure 43 (2024)).

In light of these developments, RFE/RL's pending motion for a preliminary injunction is ripe for a decision. There are no outstanding matters pending before the D.C. Circuit with regard to RFE/RL. While the other grantees' appeals remain pending, it is unlikely the D.C. Circuit will resolve those appeals any time soon. *See* Order, *Widakuswara v. Lake*, Nos. 25-5144, 25-5145, 25-5150, 25-5151 (D.C. Cir. July 1, 2025) (scheduling oral argument for September 22, 2025), Doc. #2123364.

It has now been approximately six weeks since USAGM has engaged with RFE/RL on the FY 2025 Master Grant Agreement. *See* ECF 62-3 at 2–3. RFE/RL continues to suffer irreparable harm due to the uncertainty each month as to whether and when RFE/RL will receive its congressionally appropriated funds. RFE/RL therefore respectfully requests that this Court grant its pending motion for a preliminary injunction and avoid the need for further emergency motions practice.

July 7, 2025

Respectfully submitted,

/s/ Marney L. Cheek
Marney L. Cheek (D.C. Bar No. 470596)
David M. Zionts (D.C. Bar No. 995170)
Thomas Brugato (D.C. Bar No. 1013523)
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000
mcheek@cov.com
dzionts@cov.com
tbrugato@cov.com

*Attorneys for Plaintiff RFE/RL, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2025, I filed the foregoing document with the Clerk of

Court for the United States District Court for the District of Columbia using the court's CM/ECF

filing system, which will send notification of such filing via e-mail to all counsel of record.

Respectfully submitted,

/s/ Marney L. Cheek
Marney L. Cheek (D.C. Bar No. 470596)
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000
mcheek@cov.com

*Attorney for Plaintiff RFE/RL, Inc.*