UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RFE/RL, INC.,<br><br>  *Plaintiff*,<br>v.<br><br>KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media;<br><br>VICTOR MORALES, in his official capacity as acting Chief Executive Officer of the United States Agency for Global Media; and<br><br>UNITED STATES AGENCY FOR GLOBAL MEDIA,<br><br>  *Defendants*. | Case No. 1:25-cv-799-RCL |

## PLAINTIFF'S MOTION FOR
## A FURTHER TEMPORARY RESTRAINING ORDER

Plaintiff RFE/RL, Inc. ("RFE/RL"), respectfully moves pursuant to Federal Rule of Civil Procedure 65 for a further temporary restraining order. For the reasons presented in the memorandum in support of this motion, the Court should enter an order requiring Defendant U.S. Agency for Global Media ("USAGM") to immediately disburse to RFE/RL the amount of RFE/RL's congressionally appropriated funds for the period from July 1, 2025, through July 31, 2025, *i.e.*, $12,369,431, under the same terms and conditions that were previously in effect and

governed the funds disbursed in April, May, and June 2025. The specific relief that RFE/RL seeks is provided in the proposed temporary restraining order attached to this motion.

July 18, 2025                                              Respectfully submitted,

*/s/ Marney L. Cheek*
Marney L. Cheek (D.C. Bar No. 470596)
David M. Zionts (D.C. Bar No. 995170)
Thomas Brugato (D.C. Bar No. 1013523)
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000
mcheek@cov.com
dzionts@cov.com
tbrugato@cov.com

*Attorneys for Plaintiff RFE/RL, Inc.*
.

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 65.1(a), I hereby certify that on July 18, 2025, I filed the foregoing document and all attachments with the Clerk of Court for the United States District Court for the District of Columbia using the court's CM/ECF filing system, which will send notification of such filing via e-mail to all counsel of record.

        Respectfully submitted,

        */s/ Marney L. Cheek*
        Marney L. Cheek (D.C. Bar No. 470596)
        COVINGTON & BURLING LLP
        850 Tenth Street NW
        Washington, DC 20001-4956
        (202) 662-6000
        mcheek@cov.com

        *Attorney for Plaintiff RFE/RL, Inc.*