UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RFE/RL, INC.,

    *Plaintiff,*

v.

KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media, *et al.*,

    *Defendants.*

Case No. 1:25-cv-799-RCL

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Motion for a Preliminary Injunction [ECF No. 41] is **GRANTED** in part; and it is further

**ORDERED** that Defendants are enjoined to immediately enter into a master grant agreement with Plaintiff for Fiscal Year 2025 under the same terms and conditions applicable to the most recent master grant agreement between the parties, in materially identical terms to the prior extender grant agreements between the parties for March, April, May, and June; and it is further

**ORDERED** that Defendants are enjoined to (i) restore disbursement of Plaintiff's congressionally appropriated funds to Plaintiff on a monthly basis pending final resolution of this lawsuit, and (ii) file monthly status reports on the first day of each month apprising the Court of the status of their compliance with this Order; and it is hereby

**ORDERED** that Defendants file a status report within 72 hours of the issuance of this order apprising the Court of the status of their compliance with this Order, including

1

documentation sufficient to show the disbursement to Plaintiff of the funds Congress appropriated through July 31, 2025; and it is hereby

**ORDERED** that to the extent Plaintiff's Motion asks this Court to determine the legality of individual grant terms, and thereby enjoin the defendants from imposing specific grant terms in all future grant agreements between the parties, the Motion is **DENIED** at this time.

**IT IS SO ORDERED.**

Date: July 18, 2025

Royce C. Lamberth
United States District Judge