UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RFE/RL, INC., <br><br> Plaintiff, <br><br> v. <br><br> KARI LAKE, in her official capacity, *et al.*, <br><br> Defendants. | No. 25-cv-00799-RCL |

## DEFENDANTS' STATUS REPORT

The Defendants respectfully submit this status report pursuant to the Court's July 18, 2025, Order, ECF No. 71, to report the steps they have thus far taken in response to that Order.

First, on July 21, 2025, United States Agency for Global Media ("USAGM") and Radio Free Europe/Radio Liberty ("RFE/RL") signed the payment documentation for the July payment to RFE/RL. That payment is now entered in USAGM's financial system for review and processing, as reflected in the following screenshot:

| Document Type | Document Number | Amendment / Modification Number | Temporary Amendment Number | Title | Document Date | Document Status |
|---|---|---|---|---|---|---|
| GO | 1060-25-GO-00001 | 007 | | Radio Free Europe - FY 2025 | 07/20/2025 | Processed |

1 - 1 of 1 results

Assuming there are no unforeseen issues, that payment will be sent to the Department of Treasury tomorrow, on July 22, 2025, as part of USAGM's daily "bulk schedule" of payments for review and approval. Once Treasury approves the package, which takes about two business days, USAGM will upload the final disbursement information into the Secure Payment System

where a disbursement is made within one business day of submission. Confirmation of the deposit should appear in RFE/RL's bank by Monday, July 28, 2025.

USAGM will also proceed with requesting funding from the Office of Management and Budget for RFE/RL's August payment no later than tomorrow, July 22, 2025.

USAGM is reviewing the most recent master grant agreement for RFE/RL, which RFE/RL signed in February. USAGM is confirming whether any changes are required to the cover sheet and then USAGM will sign the grant agreement within the next three business days and provide the completed and fully signed agreement to RFE/RL.

Dated: July 21, 2025                                Respectfully submitted,

                                                    BRETT A. SHUMATE
                                                    Assistant Attorney General

                                                    ERIC J. HAMILTON
                                                    Deputy Assistant Attorney General
                                                    Civil Division, Federal Programs Branch

                                                    JOSEPH E. BORSON
                                                    Assistant Branch Director
                                                    Federal Programs Branch

                                                    /s/ Abigail Stout
                                                    ABIGAIL STOUT
                                                    (DC Bar No. 90009415)
                                                    *Counsel*
                                                    U.S. Department of Justice
                                                    Civil Division


                                                    /s/ Julia A. Heiman
                                                    JULIA A. HEIMAN (D.C. Bar No. 986228)
                                                    Federal Programs Branch
                                                    U.S. Department of Justice, Civil Division
                                                    1100 L Street, N.W.
                                                    Washington, DC  20005

Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov

*Attorneys for Defendants*

3