UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RFE/RL, INC.,<br><br>　　　　　*Plaintiff*,<br><br>v.<br><br>KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media;<br><br>VICTOR MORALES, in his official capacity as acting Chief Executive Officer of the United States Agency for Global Media; and<br><br>UNITED STATES AGENCY FOR GLOBAL MEDIA,<br><br>　　　　　*Defendants*. | Case No. 1:25-cv-799-RCL |

## NOTICE OF WITHDRAWAL OF MOTION

RFE/RL respectfully submits this Notice to notify the Court that it is withdrawing its motion for a temporary restraining order for July funds. *See* ECF 69. On July 18, this Court granted RFE/RL's motion for a preliminary injunction in part and denied the motion in part. *See* ECF 70, 71. In light of this Court's July 18 order, RFE/RL is withdrawing its motion for a temporary restraining order.

July 21, 2025

Respectfully submitted,

/s/ Marney L. Cheek
Marney L. Cheek (D.C. Bar No. 470596)
David M. Zionts (D.C. Bar No. 995170)
Thomas Brugato (D.C. Bar No. 1013523)
Covington & Burling LLP
850 Tenth Street NW

Washington, DC 20001-4956
(202) 662-6000
mcheek@cov.com
dzionts@cov.com
tbrugato@cov.com

*Attorneys for Plaintiff RFE/RL, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2025, I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Columbia using the court's CM/ECF filing system, which will send notification of such filing via e-mail to all counsel of record.

        Respectfully submitted,

        /s/ Marney L. Cheek
        Marney L. Cheek (D.C. Bar No. 470596)
        COVINGTON & BURLING LLP
        850 Tenth Street NW
        Washington, DC 20001-4956
        (202) 662-6000
        mcheek@cov.com

        *Attorney for Plaintiff RFE/RL, Inc.*