**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| RFE/RL, INC., <br><br>                 Plaintiff, <br><br>      v. <br><br> KARI LAKE, in her official capacity, *et al.*, <br><br>                 Defendants. | No. 25-cv-00799-RCL |

**DEFENDANTS' STATUS REPORT**

The Defendants respectfully submit this status report pursuant to the Court's July 18,

2025, Order, ECF No. 71.  On July 30, 2025, United States Agency for Global Media

("USAGM") and Radio Free Europe/Radio Liberty ("RFE/RL") signed payment documentation

for the August payment.  The payment has been processed through USAGM's financial system

and sent to the Department of Treasury, packaged with other payments called a "bulk schedule."

The following screenshot confirms that the bulk schedule was successfully transmitted to

Treasury:



```
root@BBG1-MOM-LAWS01:/momentum/pam/logs/outbound
sftp> cd Inbound
sftp> lcd /momentum/USAGMFiles_79/Payment/outbound/xmit
sftp> put FROXK.BBG1.SPR.A*
sftp> ls
FROXK.BBG1.SPR.A250731
sftp> exit
~
```

The review process at the Department of the Treasury generally takes approximately two

business days.  Once Treasury approves the package, USAGM anticipates submitting the

payment for disbursement no later than Monday, August 4.  The payment should then be

available in RFE/RL's bank account within two to three business days, depending on the bank.

Additionally, USAGM transmitted a signed grant agreement to RFE/RL on July 29,

2025.


Dated: August 1, 2025                              Respectfully submitted,


                                                   BRETT A. SHUMATE
                                                   Assistant Attorney General

                                                   ERIC J. HAMILTON
                                                   Deputy Assistant Attorney General
                                                   Civil Division, Federal Programs Branch

                                                   JOSEPH E. BORSON
                                                   Assistant Branch Director
                                                   Federal Programs Branch

                                                   /s/ Abigail Stout_____
                                                   ABIGAIL STOUT
                                                   (DC Bar No. 90009415)
                                                   *Counsel*
                                                   U.S. Department of Justice
                                                   Civil Division


                                                   /s/ Julia A. Heiman_____
                                                   JULIA A. HEIMAN (D.C. Bar No. 986228)
                                                   Federal Programs Branch
                                                   U.S. Department of Justice, Civil Division
                                                   1100 L Street, N.W.
                                                   Washington, DC  20005
                                                   Tel. (202) 616-8480 / Fax (202) 616-8470
                                                   julia.heiman@usdoj.gov

                                                   *Attorneys for Defendants*