UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RFE/RL, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>KARI LAKE, in her official capacity, *et al*.,<br><br>      Defendants. | No. 25-cv-00799-RCL |

### DEFENDANTS' STATUS REPORT

  The Defendants respectfully submit this status report pursuant to the Court's July 18, 2025, Order, ECF No. 71, on the status of United States Agency for Global Media's ("USAGM's") effort to process and disburse funding to Radio Free Europe/Radio Liberty ("RFE/RL") for September.

  USAGM had been delayed in making this payment due to a delay in the apportionment of funds. With that resolved, USAGM transmitted the payment documentation for the September payment on August 27, 2025. RFE/RL returned the signed documentation on August 28, 2025 and USAGM leadership countersigned on August 29, 2025. Currently, as reflected in the screenshot below, USAGM is processing the September payment through USAGM's financial system to send to the Department of Treasury:

| Document Type | Document Number | Amendment / Modification Number | Temporary Amendment Number | Title | Document Date | Document Status |
|---|---|---|---|---|---|---|
| GA | GA202509020001 | | | RFE-25-013 | 09/02/2025 | Pending Approval |

This process takes approximately two days.

  Following transmission, the review process at the Department of the Treasury generally takes approximately two business days. Once Treasury approves the package, USAGM will

process the payment for disbursement within one day.  The payment should then be available in RFE/RL's bank account within two to three business days, depending on the bank.  Payment should be expected early in the week of September 8th.

Dated: September 2, 2025                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ Abigail Stout
ABIGAIL STOUT
(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division


/s/ Julia A. Heiman
JULIA A. HEIMAN (D.C. Bar No. 986228)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov

*Attorneys for Defendants*